| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF DELAWARE | |
| Case number (if known) | Chapter 11 |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **DMK Pharmaceuticals Corporation** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | FKA  Adamis Pharmaceuticals Corporation |
| 3. | Debtor's federal Employer Identification Number (EIN) | 82-0429727 |
| 4. | Debtor's address | **Principal place of business**<br><br>**50 Division Street, Suite 501**<br>**Somerville, NJ 08876**<br>Number, Street, City, State & ZIP Code<br><br>**Somerset**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1

Debtor **DMK Pharmaceuticals Corporation** _____   Case number (*if known*) _____
      Name

| | | |
|---|---|---|
| 7. | Describe debtor's business | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>■ None of the above<br><br>B. *Check all that apply*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.<br>    __3254__ |
| 8. | Under which chapter of the Bankruptcy Code is the debtor filing?<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11. *Check all that apply*:<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ■ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years?<br>If more than 2 cases, attach a separate list. | ■ No.<br>☐ Yes.<br><br>District _____  When _____  Case number _____<br>District _____  When _____  Case number _____ |

Debtor **DMK Pharmaceuticals Corporation**  Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**    Relationship _____
District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor   **DMK Pharmaceuticals Corporation** _____   Case number (*if known*) _____
         Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **DMK Pharmaceuticals Corporation**                                    Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/02/2024
             MM / DD / YYYY

X  /s/ Seth Cohen
Signature of authorized representative of debtor

Seth Cohen
Printed name

Title  **Chief Financial Officer**

**18. Signature of attorney**

X  /s/ Michael Busenkell                                    Date  2/2/2024
Signature of attorney for debtor                                  MM / DD / YYYY

Michael Busenkell
Printed name

Michael Busenkell
Firm name

1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Number, Street, City, State & ZIP Code

Contact phone  302-425-5812        Email address  mbusenkell@gsbblaw.com

DE 3933
Bar number and State

## AFFILIATED DEBTOR ENTITIES

| Entity Name | Last Four EIN | Address |
|---|---|---|
| DMK Pharmaceuticals Corporation | 9727 | 50 Division Street, Suite 501<br>Somerville, New Jersey 08876 |
| Adamis Corporation | 4912 | 50 Division Street, Suite 501<br>Somerville, New Jersey 08876 |
| Adamis Pharmaceuticals Corporation | 9663 | 50 Division Street, Suite 501<br>Somerville, New Jersey 08876 |
| Biosyn, Inc. | 4982 | 50 Division Street, Suite 501<br>Somerville, New Jersey 08876 |
| Rhombus Pharmaceuticals Corporation | 6127 | 50 Division Street, Suite 501<br>Somerville, NJ 08876 |
| US Compounding, Inc. | 7460 | 50 Division Street, Suite 501<br>Somerville, NJ 08876 |

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

## United States Bankruptcy Court
### District of Delaware

In re  **DMK Pharmaceuticals Corporation**  
Debtor(s)

Case No. _____  
Chapter **11**

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **001-362342**.

2. The following financial data is the latest available information and refers to the debtor's condition on **September 30, 2023**.

   a. Total assets                                                                $ **8,957,411.00**

   b. Total debts (including debts listed in 2.c., below)                         $ **13,922,050.00**

   c. Debt securities held by more than 500 holders:                              Approximate number of holders:

   | | | | | | | Amount | Holders |
   |---|---|---|---|---|---|---|---|
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | 0 |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | 0 |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | 0 |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | 0 |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | 0 |

   d. Number of shares of preferred stock      3,000      1

   e. Number of shares common stock            10,102,050      30,970

   Comments, if any:

3. Brief description of Debtor's business:
   Pharmaceutical manufacturing

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

   Ebrahim Eboo Versi  
   Intercoastal Capital LLC

**Fill in this information to identify the case:**

Debtor name: **DMK Pharmaceuticals Corporation**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/02/2024

X  /s/ Seth Cohen
Signature of individual signing on behalf of debtor

**Seth Cohen**
Printed name

**Chief Financial Officer**
Position or relationship to debtor

Official Form 202      Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | DMK Pharmaceuticals Corporation |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 800 Meters Strategic Communications, LLC  319 Penns Chapel Road  Mandeville, LA 70471 | | PR/IR/Lobbying | | | | $99,626.52 |
| Academisch Ziekenhuis Leiden h.o.d.n LUM Albinusdreef 2 2333 ZA Leiden NETHERLANDS | | Pharma services | | | | $125,000.00 |
| Broadridge Broadridge ICS P.O. Box 416423 Boston, MA 02241-6423 | | Proxy/Stock related services | | | | $234,938.68 |
| Catalent Belgium 14 Schoolhouse Road Somerset, NJ 08873 | | Manufacturing services | Disputed | | | $1,824,699.80 |
| Covington & Burling LLP One CityCenter 850 Tenth Street N.W. Washington, DC 20001 | | PR/IR/Lobbying | | | | $215,281.02 |
| Curia Wisconsin, Inc 870 Badger Circle Grafton, WI 53024 | | Pharma services | | | | $101,581.29 |
| Fortrea Inc. 8 Moore Drive Durham, NC 27709 | | Pharma services | Disputed | | | $1,655,779.65 |

Debtor  **DMK Pharmaceuticals Corporation**　　　　　　　　　　Case number *(if known)* _____
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Gerresheimer Bunde GmbH<br>Erich-Martens-Strasse 26-32<br>Bunde, 32257<br>DENMARK | | Manufacturing services | | | | $293,609.35 |
| K&L Gates<br>PO Box 844255<br>Boston, MA 02284-4255 | | Legal services | | | | $126,804.71 |
| Latham & Watkins LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013-1020 | | Legal services | | | | $446,025.01 |
| Matrix Biomed, Inc.<br>2301 Dupoint Drive<br>Irvine, CA 92612-7532 | | Pharma services | | | | $179,059.00 |
| Pacific North Court Holdings<br>c/o American Assets Trust Management LLC<br>3420 Carmel Mountain Rd Suite 100<br>San Diego, CA 92121 | | | Disputed | | | $135,470.46 |
| Phillips-Medisize LLC<br>2222 Wellington Court<br>Lisle, IL 60532 | | Manufacturing services | | | | $1,697,551.17 |
| Raymond James & Associates, Inc.<br>880 Carillon Parkway<br>Saint Petersburg, FL 33716 | | Banking services | Disputed | | | $509,000.00 |
| Reed Smith LLP<br>2672 Paysphere Circle<br>Chicago, IL 60674 | | | | | | $499,673.05 |
| Sandoz Inc.<br>100 College Road West<br>Princeton, NJ 08540 | | | Disputed | | | $263,002.61 |

Debtor **DMK Pharmaceuticals Corporation**  
      Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Gerresheimer Bunde GmbH<br>Erich-Martens-Strasse 26-32<br>Bunde, 32257<br>DENMARK | | Manufacturing services | | | | $293,609.35 |
| K&L Gates<br>PO Box 844255<br>Boston, MA 02284-4255 | | Legal services | | | | $126,804.71 |
| Latham & Watkins LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013-1020 | | Legal services | | | | $446,025.01 |
| Matrix Biomed, Inc.<br>2301 Dupoint Drive<br>Irvine, CA 92612-7532 | | Pharma services | | | | $179,059.00 |
| Pacific North Court Holdings<br>c/o American Assets Trust Management LLC<br>3420 Carmel Mountain Rd Suite 100<br>San Diego, CA 92121 | | | Disputed | | | $135,470.46 |
| Phillips-Medisize LLC<br>2222 Wellington Court<br>Lisle, IL 60532 | | Manufacturing services | | | | $1,697,551.17 |
| Raymond James & Associates, Inc.<br>880 Carillon Parkway<br>Saint Petersburg, FL 33716 | | Banking services | Disputed | | | $509,000.00 |
| Reed Smith LLP<br>2672 Paysphere Circle<br>Chicago, IL 60674 | | | | | | $499,673.05 |
| Sandoz Inc.<br>100 College Road West<br>Princeton, NJ 08540 | | | Disputed | | | $263,002.61 |

Debtor  **DMK Pharmaceuticals Corporation**     Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| US Food and Drug Administration<br>P.O. Box 979107<br>St. Louis, MO<br>63197-9000 | | Key regulator | Disputed | | | $1,484,058.92 |
| US WorldMeds Venture, LLC<br>4441 Springdale Rd<br>Louisville, KY<br>40241-1086 | | | Disputed | | | $199,938.47 |
| Vinson & Elkins LLP<br>1001 Fannin Street<br>Houston, TX 77002 | | Legal services | | | | $1,279,197.66 |
| Weintraub Tobin Chediak Coleman<br>400 CAPITOL MALL ELEVENTH FLOOR<br>Sacramento, CA 95814 | | Legal services | | | | $432,380.74 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 3

# United States Bankruptcy Court
### District of Delaware

In re  **DMK Pharmaceuticals Corporation**
                                                Debtor(s)

Case No. _____
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __DMK Pharmaceuticals Corporation__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Ebrahim Eboo Versi**
**11 Sheephill Drive**
**Gladstone, NJ 07940**

**The Versi Group**
**c/o Ebrahim Eboo Versi**
**11 Sheephill Drive**
**Gladstone, NJ 07934**

☐ None [*Check if applicable*]

2/2/2024
Date

Michael Busenkell
Signature of Attorney or Litigant
Counsel for  **DMK Pharmaceuticals Corporation**
Gellert, Scali, Busenkell & Brown LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
302-425-5812
mbusenkell@gsbblaw.com