**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| DMK Pharmaceuticals Corp., *et al.* | : | Case No. 24-10153 (MFW) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | NOTICE OF APPOINTMENT OF |
| ---------------------------------- | : | COMMITTEE OF UNSECURED |
| | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Broadridge Financial Solutions, Inc.**, Attn: Jay Shah, 1155 Long Island Ave Edgewood, NY 11717, Phone: 934-642-1174; E-mail: jay.shah@broadridge.com

2. **Fortrea Inc.**, Attn: Edward Combs, 8 Moore Drive, Durham, NC 27709, Phone: 919-451-6493, E-mail: Edward.combs@fortrea.com

3. **USWM, LLC,** Attn: Michael Brown, 4441 Springdale Rd., Louisville, KY 40241, E-mail: Legal@usworldmeds.com


ANDREW R. VARA
United States Trustee, Region 3


 /s/ for    *Timothy J. Fox*
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE

DATED: February 20, 2024

Attorney assigned to this Case: Timothy J. Fox, Jr., Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Michael Busenkell, Esq., Phone (302) 425-5814:, Fax: (302) 425-5814