**Fill in this information to identify the case:**

Debtor name    **DMK Pharmaceuticals Corporation**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **24-10153-MFW**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 1, 2023        x    */s/ Seth A. Cohen*
Signature of individual signing on behalf of

debtor **Seth A. Cohen**
Printed name

**Chief Financial Officer**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **DMK Pharmaceuticals Corporation** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | **24-10153-MFW** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America*** | **Checking** | **7002** | **$1,672,894.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$1,672,894.00** |
|---|

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Security Deposits, Short and Long Term - DMK: Pacific North Court HLDG Security Deposit (ex DMK HQ Space) & Rose ASP (Cyberlink)** | **$45,940.00** |
|---|---|---|
| 7.2. | **Prepaid Expense - Other (See attached Scheduled Schedule A/B - 7.2)** | **$687,545.00** |

* Debtor's bank account currently at Bank of America is in the name of Adamis Pharmaceuticals Corporation, but erroneously reflects Adamis Corporation's EIN. (4912)

Debtor     **DMK Pharmaceuticals Corporation**                Case number *(If known)*  **24-10153-MFW**
Name

|  |  |  |
|---|---|---|
| 7.3. | **Prepaid Expense - R&D:**<br>**Target Health LLC - Clinical & regulatory services**<br>**Phillips-Medisize, LLC - Zimhi production**<br>**Qualifyze GmbH - Audit reports on Zimhi suppliers** | **$41,910.00** |
| 7.4. | **Fortrea Inc. f/k/a Labcorp balance of remaining prepayment due to a Change Order** | **$287,877.67** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | **Prepaid Insurance:** | |
|---|---|---|
| 8.1. | **Lockton Insurance Brokers, LLC -  FBO Insurers** | **$960,737.00** |

9.     **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

|  |
|---|
| **$2,024,009.67** |

**Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| 11b. Over 90 days old: | 18,847.00 | - | 18,847.00 | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.     **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

|  |
|---|
| **$0.00** |

**Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:              % of ownership | | |
| 15.1. | **Adamis Corporation**          **100** % | | **Unknown** |
| 15.2. | **Adamis Pharmaceuticals Corporation**          **100** % | | **Unknown** |

Debtor    **DMK Pharmaceuticals Corporation**
Name
Case number *(If known)*  **24-10153-MFW**

| | | | | | |
|---|---|---|---|---|---|
| 15.3. | **Biosyn, Inc.** | **100** | % | | **Unknown** |
| 15.4. | **Rhombus Pharmaceuticals Corporation** | **100** | % | | **Unknown** |
| 15.5. | **US Compounding, Inc.** | **100** | % | | **Unknown** |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

| **Unknown** |
|---|

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Raw materials - Syringes (unfilled) (currently in storage in Deutschland  - about $300K owed in fees)** | | **$0.00** | **Cost** | **$662,962.00** |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| **$662,962.00** |
|---|

24.    **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**
27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor   **DMK Pharmaceuticals Corporation**                              Case number *(If known)*   **24-10153-MFW**
          _____
          Name

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:      Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Semi-automated line and molds at Philips<br>(ZIMHI and SYMJEPI); Molds at Five Star<br>Plastics (trainers); Stainless steel tank at<br>Catalent Belgium (epinephrine production)** | **$1,001,992.00** | | **$1,001,992.00** |

51. **Total of Part 8.**                                                                                        $1,001,992.00

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9:      Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:      Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

Debtor    **DMK Pharmaceuticals Corporation**                         Case number *(If known)* **24-10153-MFW**
           Name

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **See attached Scheduled A/B 60** | | | |
| 61. **Internet domain names and websites** **dmk-pharma.ca** | Unknown | | Unknown |
| **dmk-pharma.com** | Unknown | | Unknown |
| **dmk-pharma.info** | Unknown | | Unknown |
| **dmk-pharma.uk** | Unknown | | Unknown |
| **dmkpharma.ca** | Unknown | | Unknown |
| **dmkpharmaceuticals.ca** | Unknown | | Unknown |
| **dmktherapeutics.ca** | Unknown | | Unknown |
| **symjepi.com** | Unknown | | Unknown |
| **symjepicoupon.com** | Unknown | | Unknown |
| **symjepidonation.com** | Unknown | | Unknown |
| **talksymjepi.com** | Unknown | | Unknown |
| **zimhi.com** | Unknown | | Unknown |
| **zimhi.info** | Unknown | | Unknown |
| **zimhi.org** | Unknown | | Unknown |
| **daxfazo.com** | Unknown | | Unknown |
| **daxfazo.info** | Unknown | | Unknown |
| **daxfazo.net** | Unknown | | Unknown |
| **daxfazo.org** | Unknown | | Unknown |

Debtor    **DMK Pharmaceuticals Corporation**                         Case number *(If known)*  **24-10153-MFW**
          Name

| | | |
|---|---|---|
| **dmkpharma.info** | Unknown | Unknown |
| **dmkpharma.uk** | Unknown | Unknown |
| **dmkpharmaceuticals.com** | Unknown | Unknown |
| **dmkpharmaceuticals.info** | Unknown | Unknown |
| **dmkpharmaceuticals.uk** | Unknown | Unknown |
| **dmktherapeutics.com** | Unknown | Unknown |
| **dmktherapeutics.info** | Unknown | Unknown |
| **dmktherapeutics.uk** | Unknown | Unknown |
| **symjepi.ca** | Unknown | Unknown |
| **symjepi.co.uk** | Unknown | Unknown |
| **symjepi.com.mx** | Unknown | Unknown |
| **symjepicoupon.info** | Unknown | Unknown |
| **symjepicoupon.net** | Unknown | Unknown |
| **symjepicoupon.org** | Unknown | Unknown |
| **symjepidonation.net** | Unknown | Unknown |
| **symjepidonation.org** | Unknown | Unknown |
| **symjepirx.ca** | Unknown | Unknown |
| **symjepirx.co.uk** | Unknown | Unknown |
| **zimhi.net** | Unknown | Unknown |
| **ADAMISLABORATORIES.COM** | Unknown | Unknown |
| **ADAMISLABS.COM** | Unknown | Unknown |

Debtor    **DMK Pharmaceuticals Corporation**
Name

Case number *(If known)*  **24-10153-MFW**

| | | |
|---|---|---|
| **ADAMISPHARMA.COM** | Unknown | Unknown |
| **ADAMISPHARMACEUTICAL.COM** | Unknown | Unknown |
| **ADAMISPHARMACEUTICALS.COM** | Unknown | Unknown |
| **rhombuspharmaceuticals.com** | Unknown | Unknown |
| **rhombuspharmaceuticals.net** | Unknown | Unknown |
| **rhombuspharmaceuticals.org** | Unknown | Unknown |

| | | | |
|---|---|---|---|
| 62. | **Licenses, franchises, and royalties** **N/A** | $0.00 | $0.00 |
| 63. | **Customer lists, mailing lists, or other compilations** **N/A** | $0.00 | $0.00 |
| 64. | **Other intangibles, or intellectual property** **N/A** | $0.00 | $0.00 |
| 65. | **Goodwill** **N/A** | $0.00 | $0.00 |

66.  **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| $0.00 |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
■ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
■ Yes

**All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Debtor  **DMK Pharmaceuticals Corporation**

Name

Case number *(If known)* **24-10153-MFW**

| | | | | | **Current value of debtor's interest** |
|---|---|---|---|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

**Receivable/Due from US Compounding, Inc.**

| 39,217,513.00 | - | 39,217,513.00 | = | **$0.00** |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

**NIH-NIAAA Use Disorder / Purdue University Grant**

| 300,848.00 | - | 0.00 | = | **$300,848.00** |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

**Hamman Judgement**

| 25,675.00 | - | 0.00 | = | **$25,675.00** |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**Tax refunds and unused net operating losses (NOLs)**    Tax year _____    **$222,497,517.00**

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Catalent, Inc.**    Unknown

| **Nature of claim** | **Breach of contract, negligence, business interruption, etc.** |
|---|---|
| **Amount requested** | **$0.00** |

**USWM, LLC**    Undetermined

| **Nature of claim** | **Breach of contract claims** |
|---|---|
| **Amount requested** | **$0.00** |

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Kaleo**    Unknown

| **Nature of claim** | **Potential prospective infringement claims** |
|---|---|
| **Amount requested** | **$0.00** |

**Adamis Pharmaceuticals Corporation n/k/a DMK Pharmaceuticals Corporation**
**Claim Number: 0AB416989**    Undetermined

| **Nature of claim** | **Business loss interruption claim** |
|---|---|
| **Amount requested** | **$0.00** |

**76.** **Trusts, equitable or future interests in property**

Debtor    **DMK Pharmaceuticals Corporation**                                    Case number *(If known)*  **24-10153-MFW**
_____
Name

| | |
|---|---|
| **N/A** | **$0.00** |

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| **N/A** | **$0.00** |

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| **$222,824,040.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor **DMK Pharmaceuticals Corporation**            Case number *(If known)* **24-10153-MFW**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,672,894.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,024,009.67 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $662,962.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,001,992.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $222,824,040.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $228,185,897.67 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $228,185,897.67 |

In re DMK Pharmaceuticals Coporation
Case No. 24-10153-MFW
Schedule A/B 7.2

# DMK Pharmaceuticals

## Prepaid Expense - Other

| Vendor | Description | Ending Prepaid Balance |
|---|---|---|
| Westwicke Partners, LLC a division of ICR | Retainer: Investor Relations Consulting | 15,000.00 |
| Young Conaway Stargatt & Taylor LLP | Retainer | 15,000.00 |
| Employment Contractor Services, Inc. | Pre-payment for accounting consulting hours | 1,160.00 |
| DLA, LLC | Retainer -Professional Accounting Services | 12,000.00 |
| Donohoe | Retainer | 885.00 |
| Mintz Levin Cohn Ferris Glovsky | Retainer - Legal healthcare regulatory advice as well as other matters. | 5,000.00 |
| Rock Creek Advisors LLC | Retainer: Restructuring and/or Chapter 11 bankruptcy | 50,000.00 |
| JAMS INC | Deposit for services_Michael J Weaver Esq. | 6,000.00 |
| Nelson Mullins Riley & Scarborough LLXC | Retainer: Restructuring and/or Chapter 11 bankruptcy | 500,000.00 |
| Gellert Scali Busenkell & Brown, LLC | Retainer: Restructuring and/or Chapter 11 bankruptcy | 50,000.00 |
| Reed Smith LLP | Retainer | 25,000.00 |
| BMC Group, Inc. | Retainer: Restructuring and/or Chapter 11 bankruptcy | 7,500.00 |
| | | **687,545.00** |

| Legacy DMK Pharmaceuticals Corporation Patent Portfolio | | | |
|---|---|---|---|
| Reference # | Title | Ctry | Serial # |
| 40580.40300139-0001 | Delta Opioid Agonist Mu Opioid Antagonist Composition and Methods for Treating Parkinson's Disease | US | 17/198,479 |
| 40580.611 00139-0001 EP | Delta Opioid Agonist Mu Opioid Antagonist Composition and Methods for Treating Parkinson's Disease | EP | 17776641.7 |
| 40580.71100139-0001 CA | Delta Opioid Agonist Mu Opioid Antagonist Composition and Methods for Treating Parkinson's Disease | CA | 3,014,943 |
| 40424.30400139-0002 | An Opioid Used to Reduce and/or Treat Drug Addiction | US | 18/449,741 |
| 40424.71200139-0002 CA | An Opioid Used to Reduce and/or Treat Drug Addiction | CA | 3,207,668 |

**Fill in this information to identify the case:**

Debtor name   **DMK Pharmaceuticals Corporation**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **24-10153-MFW**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name  **DMK Pharmaceuticals Corporation**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **24-10153-MFW**

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Bina Julian**<br>**ADDRESS ON FILE** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **TBD** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Current employee** | | |
| | Last 4 digits of account number **3908**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Ebrahim Eboo Versi**<br>**ADDRESS ON FILE** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$214.30** | **TBD** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:          *<br>**Current employee**<br>**Employee Reimbursement** | | |
| | Last 4 digits of account number **3910**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

*All of Debtor's current employees were paid any pre-petition amounts owed (for February 1, 2024) pursuant to the *Debtors' Motion for Interim and Final Orders (I) Authorizing, But Not Directing, the Debtors to (A) Pay Employee Wages, Salaries, Other Compensation and Reimbursable Employee Expenses, and (B) Continue Employee Benefits Programs; and (II) Granting Related Relief* (Doc. No. 5) and will continue to be paid int eh ordinary course of business pursuant to the Court's Order granting same (Doc. No. 28).

| Debtor | **DMK Pharmaceuticals Corporation** | | Case number (if known) | **24-10153-MFW** |
|---|---|---|---|---|
| | Name | | | |

---

**2.3** | Priority creditor's name and mailing address
**Fiona M. Carleton**
**ADDRESS ON FILE**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    **TBD**

Date or dates debt was incurred

Basis for the claim: *
**Current employee**

Last 4 digits of account number **9599**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.4** | Priority creditor's name and mailing address
**Grace Mortera Reyes**
**ADDRESS ON FILE**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    **TBD**

Date or dates debt was incurred

Basis for the claim: *
**Current employee**

Last 4 digits of account number **3746**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.5** | Priority creditor's name and mailing address
**James P. Stumpff**
**ADDRESS ON FILE**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    **TBD**

Date or dates debt was incurred

Basis for the claim: *
**Current employee**

Last 4 digits of account number **7090**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.6** | Priority creditor's name and mailing address
**John W. Dorbin, Jr.**
**ADDRESS ON FILE**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,002.16    **TBD**

Date or dates debt was incurred

Basis for the claim: *
**Current employee**
**Employee Reimbursement**

Last 4 digits of account number **5690**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **DMK Pharmaceuticals Corporation** | | Case number (if known) | **24-10153-MFW** |
|---|---|---|---|---|

Name

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | TBD |
|---|---|---|---|---|

**Julia Kane Morlock**
**ADDRESS ON FILE**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    *
**Current employee**

Last 4 digits of account number **1049**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | TBD |
|---|---|---|---|---|

**Ross Hendler**
**ADDRESS ON FILE**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    *
**Current employee**

Last 4 digits of account number **1470**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | TBD |
|---|---|---|---|---|

**Seth Abraham Cohen**
**ADDRESS ON FILE**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    *
**Current employee**

Last 4 digits of account number **3047**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | TBD |
|---|---|---|---|---|

**Stephen Dennis Geddie**
**ADDRESS ON FILE**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current employee** *

Last 4 digits of account number **7431**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor    **DMK Pharmaceuticals Corporation**                              Case number (if known)    **24-10153-MFW**
          Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76,159.78 | $0.00 |
|---|---|---|---|---|

**United States Treasury**
**Internal Revenue Service**
PO Box 802502
Hartford, CT 06176-7941

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | **$0.00** |

**1&1 Internet Inc.**
701 Lee Road
Chesterbrook, PA 19087

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **IT services**

Is the claim subject to offset? ■ No   ☐ Yes

---

| **3.2** | Nonpriority creditor's name and mailing address | **$99,626.52** |
|---|---|---|

**800 Meters Strategic Communications, LLC**
319 Penns Chapel Road
Mandeville, LA 70471

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **PR/IR/Lobbying**

Is the claim subject to offset? ■ No   ☐ Yes

---

| **3.3** | Nonpriority creditor's name and mailing address | **$475,000.00** |
|---|---|---|

**Academisch Ziekenhuis Leiden h.o.d.n LUM**
Albinusdreef 2
2333 ZA Leiden
NETHERLANDS

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Pharmaceutical services**

Is the claim subject to offset? ■ No   ☐ Yes

---

| **3.4** | Nonpriority creditor's name and mailing address | **$0.00** |
|---|---|---|

**Adobe Systems Incorporated**
345 Park Avenue
San Jose, CA 95110

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **IT services**

Is the claim subject to offset? ■ No   ☐ Yes

---

| **3.5** | Nonpriority creditor's name and mailing address | **$25,000.00** |
|---|---|---|

**Albert Dahan**
Pr Marijkestraat 44
Amsterdam
NETHERLANDS

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consultant**

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor **DMK Pharmaceuticals Corporation**
_____
Name

Case number (if known) **24-10153-MFW**

| | | | |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Amy S. Broidrick**<br>**1440 Valle Grande**<br>**Escondido, CA 92025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Consultant__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $80.70 |
| | **Ardena Bioanalysis BV**<br>**W.A. Scholtenstraat 7**<br>**9403 AJ Assen**<br>**NETHERLANDS** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Pharmaceutical services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,621.55 |
| | **AT&T**<br>**PO Box 5025**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Misc. Office Services - Internet__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Barrister Executive Suites, Inc.**<br>**12121 Wilshire Blvd., Ste 810**<br>**Los Angeles, CA 90025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Rent__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $38,649.10 |
| | **BDO USA, LLP**<br>**PO Box 677973**<br>**Dallas, TX 75267-7973** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Accounting__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
| | **Bent Caryl & Kroll, LLP**<br>**6300 Wilshire Boulevard Suite 1415**<br>**Los Angeles, CA 90048** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Legal services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $38,556.00 |
| | **BioBridges, LLC**<br>**230 3rd Ave. Suite 3206**<br>**Waltham, MA 02451** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Pharmaceutical services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **DMK Pharmaceuticals Corporation** | Case number (if known) | **24-10153-MFW** |
|---|---|---|---|
| | Name | | |

---

**3.13**

**Nonpriority creditor's name and mailing address**
**Bloomberg, L.P.**
**P.O. Box 416604**
**Boston, MA 02241-6604**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Misc. services - market data__

Is the claim subject to offset? ■ No ☐ Yes

$7,500.00

---

**3.14**

**Nonpriority creditor's name and mailing address**
**Broadridge**
**Broadridge ICS**
**P.O. Box 416423**
**Boston, MA 02241-6423**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Proxy/Stock related services__

Is the claim subject to offset? ■ No ☐ Yes

$235,200.33

---

**3.15**

**Nonpriority creditor's name and mailing address**
**Caidya**
**3800 Paramount Pkwy, Ste 100**
**Morrisville, NC 27560-6950**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pharmaceutical services__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.16**

**Nonpriority creditor's name and mailing address**
**Catalent Belgium**
**14 Schoolhouse Road**
**Somerset, NJ 08873**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Manufacturing services__

Is the claim subject to offset? ☐ No ■ Yes

$1,821,553.72

---

**3.17**

**Nonpriority creditor's name and mailing address**
**Centri Business Consulting LLC**
**651 Township Line Road #1663**
**Blue Bell, PA 19422**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Accounting services__

Is the claim subject to offset? ■ No ☐ Yes

$3,640.00

---

**3.18**

**Nonpriority creditor's name and mailing address**
**Chiara IP Law PLLC**
**204 Raymond St.**
**Rockville Centre, NY 11570**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal services__

Is the claim subject to offset? ■ No ☐ Yes

$2,275.00

---

**3.19**

**Nonpriority creditor's name and mailing address**
**Collective42**
**217 Via Tavira**
**Encinitas, CA 92024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __IT services__

Is the claim subject to offset? ■ No ☐ Yes

$1,847.10

---

| Debtor | **DMK Pharmaceuticals Corporation** | Case number (if known) | **24-10153-MFW** |
|---|---|---|---|
| | Name | | |

**3.20** **Nonpriority creditor's name and mailing address**
**Computer Packages Inc.**
**11 North Washington St. Suite 300**
**Rockville, MD 20850**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$13,466.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IP services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** **Nonpriority creditor's name and mailing address**
**Corodata Records Management, Inc.**
**12375 Kerran Street**
**Poway, CA 92064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$66.94**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Misc. Office Services - Records management and retention**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** **Nonpriority creditor's name and mailing address**
**Corporation Service Company**
**PO Box 7410023**
**Chicago, IL 60674-5023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**
**Covington & Burling LLP**
**One CityCenter 850 Tenth Street N.W.**
**Washington, DC 20001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$215,281.02**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PR/IR/Lobbying**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**
**Curia Wisconsin, Inc**
**870 Badger Circle**
**Grafton, WI 53024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$101,581.29**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Pharmaceutical services (Tempol Trial)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**
**CVI Investments, Inc.**
**P.O. Box 309GT**
**Ugland Hours, South Church Street**
**George Town, Grand Cayman**
**CAYMAN ISLANDS**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in pre-petition litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**
**Cyberlink ASP Technology Inc.**
**PO Box 415000-0739**
**Nashville, TN 37241-0739**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$5,364.17**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IT services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DMK Pharmaceuticals Corporation** | Case number (*if known*) | **24-10153-MFW** |
|---|---|---|---|
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address
**Dana Farber Cancer Institute**
**Office of Res & Tech Ventures**
**450 Brookline Ave**
**Boston, MA 02215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Pharmaceutical services**

Is the claim subject to offset? ■ No  ☐ Yes

**$38,019.78**

---

**3.28** | Nonpriority creditor's name and mailing address
**David Marguglio**
**5793 Blazing Star Lane**
**San Diego, CA 92130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.29** | Nonpriority creditor's name and mailing address
**Digital Media Innovations LLC**
**PO BOX 74007143**
**Chicago, IL 60674-7143**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PR/IR/Lobbying**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,383.67**

---

**3.30** | Nonpriority creditor's name and mailing address
**DLA LLC**
**55 Lane Road**
**Fairfield, NJ 07004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting services**

Is the claim subject to offset? ☐ No  ■ Yes

**$11,100.00**

---

**3.31** | Nonpriority creditor's name and mailing address
**DocuSign, Inc**
**221 Main Street**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Misc. services - office**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,410.00**

---

**3.32** | Nonpriority creditor's name and mailing address
**Donohoe Advisory Associates LLC**
**9801 Washingtonian Blvd**
**Gaithersburg, MD 20878**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ☐ No  ■ Yes

**$0.00**

---

**3.33** | Nonpriority creditor's name and mailing address
**Element Materials Technology Ann Arbor L**
**4840 Venture Drive**
**Ann Arbor, MI 48108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Manufacturing services**

Is the claim subject to offset? ■ No  ☐ Yes

**$62,092.60**

---

| Debtor | **DMK Pharmaceuticals Corporation** | Case number (if known) | **24-10153-MFW** |
|---|---|---|---|
| | Name | | |

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00**

**Enavate SMB LLC**
**P.O Box 736740**
**Dallas, TX 75373-6740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **IT services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,200.28**

**Equiniti Trust Company, LLC f/k/a DTCC**
**48 Wall Street, Floor 23**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Proxy/Stock related services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Fedex**
**P.O. Box 7221**
**Pasadena, CA 91109-7321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Misc. services - office**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**First Insurance Funding Corp.**
**P.O Box 7000**
**Carol Stream, IL 60197-7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,780.63**

**Five Star Plastics Inc**
**1339 Continental Drive**
**Eau Claire, WI 54701**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Manufacturing services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,943,667.32**

**Fortrea Inc.f/k/a Labcorp**
**8 Moore Drive**
**Durham, NC 27709**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Pharmaceutical services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,080.00**

**Fox Solutions LLC**
**233 Windridge Acres Ct**
**Silver Springs, MD 20905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consultants**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **DMK Pharmaceuticals Corporation** | Case number (if known) | **24-10153-MFW** |
|---|---|---|---|
| | Name | | |

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,305.85**

**FTI Consulting Inc.**
**16701 Melford Blvd**
**Bowie, MD 20715**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Legal services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,333.33**

**Gabrielle Naomi Kur-Oliva**
**49 Riverside Drive**
**Rockville Centre, NY 11570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __PR/IR/Lobbying__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$299,341.25**

**Gerresheimer Bunde GmbH**
**Erich-Martens-Strasse 26-32**
**Bunde, 32257**
**DENMARK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Manufacturing services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,288.86**

**Gill Ragon Owen, P.A.**
**425 W. Capitol Ave, Suite 3800**
**Little Rock, AR 72201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Legal services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**GoDaddy**
**14455 North Hayden Road**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __IT services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,828.55**

**Gravity Stack LLC**
**20 Stanwix Street**
**Pittsburgh, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Legal services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Holland & Knight LLP**
**PO Box 936937**
**Atlanta, GA 31193-6937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Legal services__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DMK Pharmaceuticals Corporation** | Case number (if known) | **24-10153-MFW** |
|---|---|---|---|
| | Name | | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,650.00** |
|---|---|---|---|

**InCSD LLC**
**16160 Kenneth Road**
**Stilwell, KS 66085**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __Pharmaceutical services__

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Intermedia**
**825 East Middlefield Road**
**Pasadena, CA 94043**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __IT services__

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**IPFS Corporation of California**
**PO Box 100391**
**Pasadena, CA 91189-0391**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Insurance__

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,263.88** |
|---|---|---|---|

**Iron Mountain Inc.**
**PO BOX 915004**
**Dallas, TX 75391-5004**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Misc. Office Services - storage__

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**J Holt Web LLC**
**534 Chester Ave.**
**Phoenixville, PA 19460**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __IT Services__

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jerald Hammann**
**1566 Sumter AVE N**
**Minneapolis, MN 55427**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Plaintiffin pre-petition litigation__

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**JQA Partners, Inc.**
**1402 Ravean Court**
**Encintas, CA 92024**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __PR/IR/Lobbying__

Is the claim subject to offset? ☑ No  ☐ Yes

Debtor   **DMK Pharmaceuticals Corporation**
_____   Case number (if known)   **24-10153-MFW**
Name

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123,207.05 |
|---|---|---|---|

**K&L Gates**
**PO Box 844255**
**Boston, MA 02284-4255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Legal services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,579.33 |
|---|---|---|---|

**Kazmarek Technology Solutions, Inc.**
**6170 Cornerstone CT E, Suite 300**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __IT services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,613.60 |
|---|---|---|---|

**Kelly Services, Inc.**
**999 West Big Beaver Road**
**Troy, MI 48084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Pharmaceutical services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KYJ, LLP**
**2020 Camino Del Rio N.**
**San Diego, CA 92108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Accounting services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $446,025.01 |
|---|---|---|---|

**Latham & Watkins LLP**
**555 West Fifth Street**
**Los Angeles, CA 90013-1020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Legal services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lockton Insurance Brokers, LLC**
**Dept LA 23878**
**Pasadena, CA 91185-3878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Insurance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Alasandro**
**27391 Glenwood Drive**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Consultant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DMK Pharmaceuticals Corporation** | Case number (if known) | **24-10153-MFW** |
|---|---|---|---|
| | Name | | |

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,449.39**

**Marsh & McLennan Agency LLC**
**P.O. Box 740663**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00**

**Maryland Prescription Drug Affordability**
**16900 Science Drive, Suite 112-114**
**Bowie, MD 20715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$179,059.00**

**Matrix Biomed, Inc.**
**2301 Dupoint Drive**
**Irvine, CA 92612-7532**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pharmaceutical services (Tempol Trial)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$650.00**

**Maxim Group LLC**
**300 Park Avenue**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Banking services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,416.65**

**Mediant Communications, LLC**
**400 Regency Forest Drive**
**Cary, NC 27518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,028.74**

**Medpharm Ltd.**
**55 Occam Road, Surrey Research Park**
**Guilford, UK - GU2 7AB**
**ENGLAND**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pharmaceutical services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Melior Discovery, Inc.**
**860 Springdale Dr #500**
**Exton, PA 19341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pharmaceutical Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **DMK Pharmaceuticals Corporation** | Case number (if known) | **24-10153-MFW** |
|---|---|---|---|
| | Name | | |

---

**3.69**

**Nonpriority creditor's name and mailing address**
**Mintz Levin Cohn Ferris Glovsky & P**
**P.O. Box 4539**
**Boston, MA 02212-4539**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Legal services__

Is the claim subject to offset? ☐ No ■ Yes

$448.24

---

**3.70**

**Nonpriority creditor's name and mailing address**
**MN Advisory Services, LLC**
**10741 Viking Ave**
**Porter Ranch, CA 91326**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Accounting services__

Is the claim subject to offset? ■ No ☐ Yes

$8,778.00

---

**3.71**

**Nonpriority creditor's name and mailing address**
**Monteverde & Associates, P.C.**
**Attn: Bower Law Group P.C.**
**600 Corporate Pointe, Suite 1170**
**Culver City, CA 90230**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.72**

**Nonpriority creditor's name and mailing address**
**Natural Dam Consulting LLC**
**631 Natural Dam Rd**
**Gettysburg, PA 17325**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Consultant__

Is the claim subject to offset? ■ No ☐ Yes

$5,700.00

---

**3.73**

**Nonpriority creditor's name and mailing address**
**Novatia, LLC**
**54 Walker Lane**
**Newtown, PA 18940**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Pharmaceutical services__

Is the claim subject to offset? ■ No ☐ Yes

$30,700.00

---

**3.74**

**Nonpriority creditor's name and mailing address**
**Office of the United States Attorney**
**District of DE / Attn: David C. Weiss**
**Hercules BLDG / 1313 N Market ST**
**PO Box 2046**
**Wilmington, DE 19801**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.75**

**Nonpriority creditor's name and mailing address**
**Pacific North Court Holdings**
**c/o American Assets Trust Management LLC**
**3420 Carmel Mountain Rd Suite 100**
**San Diego, CA 92121**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

$135,470.46

---

Debtor    **DMK Pharmaceuticals Corporation**
     Name
Case number (if known)    **24-10153-MFW**

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,665.00 |
|---|---|---|---|
| | **Paul Hastings LLP**<br>**515 S. Flower St.**<br>**Los Angeles, CA 90071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Legal services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,697,551.17 |
|---|---|---|---|
| | **Phillips-Medisize LLC**<br>**2222 Wellington Court**<br>**Lisle, IL 60532** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Manufacturing services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ■ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,022.00 |
|---|---|---|---|
| | **Porzio Bromber & Newman, P.C.**<br>**100 Southgate Parkway**<br>**Morristown, NJ 07962** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Legal services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,773.96 |
|---|---|---|---|
| | **PTC Consulting, Inc.**<br>**147 Osland Dr. NW**<br>**Edmonton Alberta T6R 2A1**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Consulting Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144,962.00 |
|---|---|---|---|
| | **Purdue University**<br>**2550 Northwestern Ave**<br>**West Lafayette, IN 47906-1332** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Pharmaceutical services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Qualifyze GmbH**<br>**Taunusanlage 8**<br>**Frankfurt, 60329**<br>**GERMANY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Pharmaceutical services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|
| | **Quality Edgar Solutions, LLC**<br>**252 West 37th Street**<br>**New York, NY 10018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Proxy/Stock related services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **DMK Pharmaceuticals Corporation** | | Case number (if known) | **24-10153-MFW** |
|---|---|---|---|---|
| | Name | | | |

---

**3.83** | Nonpriority creditor's name and mailing address
**R.M. van der Schrier**
**2333 VT Leiden**
**Mezenstraat 19**
**NETHERLANDS**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consultant**

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.84** | Nonpriority creditor's name and mailing address
**Radius Product Development**
**221 Crescent Street**
**Waltham, MA 02453**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Pharmaceutical services**

Is the claim subject to offset? ■ No ☐ Yes

**$15,000.00**

---

**3.85** | Nonpriority creditor's name and mailing address
**Raymond James & Associates, Inc.**
**880 Carillon Parkway**
**Saint Petersburg, FL 33716**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Banking services**

Is the claim subject to offset? ■ No ☐ Yes

**$509,000.00**

---

**3.86** | Nonpriority creditor's name and mailing address
**Reed Smith LLP**
**2672 Paysphere Circle**
**Chicago, IL 60674**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal services**

Is the claim subject to offset? ■ No ☐ Yes

**$499,673.05**

---

**3.87** | Nonpriority creditor's name and mailing address
**SafeBridge Consultants, Inc.**
**PO Box 972047**
**Dallas, TX 75397-2047**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pharmaceutical services**

Is the claim subject to offset? ■ No ☐ Yes

**$37,435.75**

---

**3.88** | Nonpriority creditor's name and mailing address
**Sandoz Inc.**
**100 College Road West**
**Princeton, NJ 08540**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Commercialization**

Is the claim subject to offset? ■ No ☐ Yes

**$263,002.61**

---

**3.89** | Nonpriority creditor's name and mailing address
**Saratoga Proxy Consulting LLC**
**520 8th Avenue**
**New York, NY 10018**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Proxy/Stock related services**

Is the claim subject to offset? ■ No ☐ Yes

**$56,609.28**

---

| Debtor | **DMK Pharmaceuticals Corporation** | Case number *(if known)* | **24-10153-MFW** |
|---|---|---|---|
| | Name | | |

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,319.92** |

**Say Technologies LLC**
**85 Willow Road**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Proxy/Stock related services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,457.77** |

**Schertler & Onorato, LLP**
**555 13th Street, N.W., Suite 500 West**
**Washington, DC 20004**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |

**Scissor Tail Partners**
**9200 Santa Fe Trail**
**Celina, TX 75009**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Securities & Exchange Commission**
**100 F Street, NE**
**Washington, DC 20549**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,880.80** |

**Sherpa Clinical Packaging, LLC DBA PCI P**
**6166 Nancy Ridge Dr.**
**San Diego, CA 92121**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Manufacturing services (Tempol Trial)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$76,110.00** |

**Siegfried Irvine**
**9342 Jeronimo Road**
**Irvine, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Manufacturing services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Somerville Office Evolution**
**50 Division Street, Suite 501**
**Somerville, NJ 08876**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **DMK Pharmaceuticals Corporation**                          Case number (if known)    **24-10153-MFW**
_____
Name

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,205.83 |
|---|---|---|---|

**Suttons Creek, Inc.**
**2945 Townsgate Rd**
**Westlake Village, CA 91361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Pharmaceutical Services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|

**Syneos Health Consulting, Inc.**
**1030 Sync Street**
**Morrisville, NC 27560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Pharmaceutical services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,029.50 |
|---|---|---|---|

**Target Health LLC**
**3800 Paramount Parkway**
**Morrisville, NC 27560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Pharmaceutical services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☒ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Nasdaq Stock Market, LLC**
**c/o West Corporation**
**PO Box 780700**
**Philadelphia, PA 19178-0700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Proxy/Stock related services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,100.00 |
|---|---|---|---|

**Thomas Moll**
**867 Old Lillooet Road**
**North Vancouver, BC V7J 2H6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consultant**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,500.00 |
|---|---|---|---|

**Tim Merri**
**4370 Dorking Ct.**
**Sacramento, CA 95864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consultant**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,590.00 |
|---|---|---|---|

**Trademark Creative Communications**
**2105 Wickerson Rd**
**London, Ontario N6K 5C4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Pharmaceutical Services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor  **DMK Pharmaceuticals Corporation**                Case number (if known)    **24-10153-MFW**
        _____
        Name

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TriNet**
**One Park Place, Suite 600**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **PEO Services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Turbare Manufacturing, LLC**
**Attn: Mark Mueller**
**1123 Bond Boland Place**
**Saint Louis, MO 63117**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Plaintiff in pre-petition litigation**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Turbare Real Estate Holdings, LLC**
**Attn: Mark Mueller**
**1123 Bond Boland Place**
**Saint Louis, MO 63117**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Plaintiff in pre-petition litigation**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,528,490.94 |
|---|---|---|---|

**US Food and Drug Administration**
**P.O. Box 979107**
**St. Louis, MO 63197-9000**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Key regulator**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199,938.47 |
|---|---|---|---|

**US WorldMeds Venture, LLC**
**4441 Springdale Rd**
**Louisville, KY 40241-1086**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Commercialization**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,279,197.66 |
|---|---|---|---|

**Vinson & Elkins LLP**
**1001 Fannin Street**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Legal services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $435,470.21 |
|---|---|---|---|

**Weintraub Tobin Chediak Coleman**
**400 CAPITOL MALL ELEVENTH FLOOR**
**Sacramento, CA 95814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DMK Pharmaceuticals Corporation** | Case number (if known) | **24-10153-MFW** |
|---|---|---|---|
| | Name | | |

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,896.00 |
|---|---|---|---|

**Westwicke Partners, LLC, a division of I**
**761 Main Avenue**
**Norwalk, CT 06851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PR/IR/Lobbying**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,861.50 |
|---|---|---|---|

**Willkie Farr & Gallagher LLP**
**787 Seventh Avenue**
**New York, NY 10019-6099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94,299.96 |
|---|---|---|---|

**Young Conaway Stargatt & Taylor LLP**
**Rodney Square North**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Monteverde & Associates, P.C.**<br>**Attn: Juan Monteverde**<br>**350 Fifth Avenue, Suite 4405**<br>**New York, NY 10118** | Line  **3.71**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Office of the United States Trustee**<br>**District of DE /  Attn: Timothy J. Fox**<br>**844 King Street, Suite 220**<br>**Room 2207**<br>**Wilmington, DE 19801** | Line  **3.74**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Securities and Exchange Commission**<br>**NY Reg Office/Attn: Andrew Calamari, RD**<br>**Brookfield Place**<br>**200 Vesey Street, Suite 400**<br>**New York, NY 10281-1022** | Line  **3.93**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Securities and Exchange Commission**<br>**Division of Enforcement**<br>**444 South Flower Street, Suite 900**<br>**Los Angeles, CA 90071** | Line  **3.93**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **U.S. Department of Justice**<br>**Attorney General Merrick Garland**<br>**950 Pennsylvania Avenue, NW**<br>**Washington, DC 20530-0001** | Line  **3.74**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **DMK Pharmaceuticals Corporation** | Case number (if known) | **24-10153-MFW** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.6 **United States Attorney's Office**<br>**Southern District of New York**<br>**Attn: Damian Williams**<br>**One St. Andrew's Plaza**<br>**New York, NY 10007** | Line  **3.74** <br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 77,376.24 |
| **5b. Total claims from Part 2** | 5b. + $ | 13,747,384.29 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 13,824,760.53 |

**Fill in this information to identify the case:**

Debtor name    **DMK Pharmaceuticals Corporation**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **24-10153-MFW**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Leased server for holding SAGE accounting files.** <br><br> State the term remaining — **Month to month - ongoing** <br><br> List the contract number of any government contract | **1&1 Internet Inc.** <br> **701 Lee Road** <br> **Chesterbrook, PA 19087** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **PR/IR/Lobbying** <br><br> State the term remaining — **Terminated 1/12/2024** <br><br> List the contract number of any government contract | **800 Meters Strategic Communications, LLC** <br> **319 Penns Chapel Road** <br> **Mandeville, LA 70471** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Grant agreement from DMK to LUMC; Zimhi vs Narcan study led by Dr. Dahan; future studies planned; also see Ardena** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Academisch Ziekenhuis Leiden h.o.d.n LUM** <br> **Albinusdreef 2** <br> **2333 ZA Leiden** <br> **NETHERLANDS** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Acrobat subscriptions** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Adobe Systems Incorporated** <br> **345 Park Avenue** <br> **San Jose, CA 95110** |

Debtor 1   **DMK Pharmaceuticals Corporation**
_____
First Name       Middle Name       Last Name

Case number (*if known*)   **24-10153-MFW**
_____



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

**Leading study at LUMCA**

State the term remaining

List the contract number of any government contract

**Albert Dahan**
**Pr Marijkestraat 44**
**Amsterdam**
**NETHERLANDS**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

**Blood analsysis lab services for Zimhi for Dr. Dahan study**

State the term remaining

List the contract number of any government contract

**Ardena Bioanalysis BV**
**W.A. Scholtenstraat 7**
**9403 AJ Assen**
**NETHERLANDS**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

**Internet service for San Diego office**

State the term remaining

**Terminated pre-petition**

List the contract number of any government contract

**AT&T**
**PO Box 5025**
**Carol Stream, IL 60197**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

**Virtual office space and company mail; HQ address in San Diego, CA**

State the term remaining

List the contract number of any government contract

**Barrister Executive Suites, Inc.**
**12121 Wilshire Blvd., Ste 810**
**Los Angeles, CA 90025**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

**DPI 125 analysis services**

State the term remaining

List the contract number of any government contract

**BioBridges, LLC**
**230 3rd Ave. Suite 3206**
**Waltham, MA 02451**

---

Debtor 1    **DMK Pharmaceuticals Corporation**
_____
First Name        Middle Name        Last Name

Case number (*if known*)    **24-10153-MFW**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Market data services for drug products** | |
| State the term remaining | |
| List the contract number of any government contract | **Bloomberg, L.P. P.O. Box 416604 Boston, MA 02241-6604** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest — **Proxy, broker search, and tabulation of votes services** | |
| State the term remaining — **Multi year** | **Broadridge Broadridge ICS P.O. Box 416423 Boston, MA 02241-6423** |
| List the contract number of any government contract | |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest — **Pharmacovigilance services of ZIMHI and SYMJEPI** | |
| State the term remaining | |
| List the contract number of any government contract | **Caidya 3800 Paramount Pkwy, Ste 100 Morrisville, NC 27560-6950** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest — **Manufacturing services - Filled Symjepi syringes. In Euros, subject to counterclaim** | |
| State the term remaining | |
| List the contract number of any government contract | **Catalent Belgium 14 Schoolhouse Road Somerset, NJ 08873** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest — **Provided consulting services related to warrant valuation** | |
| State the term remaining | |
| List the contract number of any government contract | **Centri Business Consulting LLC 651 Township Line Road #1663 Blue Bell, PA 19422** |

| Debtor 1 | **DMK Pharmaceuticals Corporation** | | | Case number (*if known*) | **24-10153-MFW** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Website operator** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Collective42<br>217 Via Tavira<br>Encinitas, CA 92024** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Maintains payments of patent fees; compliance payments worldwide** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Computer Packages Inc.<br>11 North Washington St. Suite 300<br>Rockville, MD 20850** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Records management and retention services - all paper records for San Diego** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Corodata Records Management, Inc.<br>12375 Kerran Street<br>Poway, CA 92064** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate registration services** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Corporation Service Company<br>PO Box 7410023<br>Chicago, IL 60674-5023** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lobbying work related to DC visit** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Covington & Burling LLP<br>One CityCenter 850 Tenth Street N.W.<br>Washington, DC 20001** |

Debtor 1   **DMK Pharmaceuticals Corporation**

First Name          Middle Name          Last Name

Case number (*if known*)   **24-10153-MFW**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Pharmaceutical services related to Tempol trial**<br><br><br>**Curia Wisconsin, Inc<br>870 Badger Circle<br>Grafton, WI 53024** |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **IT services - Houses GP**<br><br><br>**Cyberlink ASP Technology Inc.<br>PO Box 415000-0739<br>Nashville, TN 37241-0739** |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest<br><br><br><br><br><br><br><br>State the term remaining<br><br>List the contract number of any government contract | **Legacy AP - Adamis Pharmaceuticals signed a licensing agreement with them in 2011 to commercialize a molecule that they jointly developed with University of California - San Diego.  Contract under Debtor's EIN.**<br><br>**Dana Farber Cancer Institute<br>Office of Res & Tech Ventures<br>450 Brookline Ave<br>Boston, MA 02215** |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **PR/IR/Lobbying - Notified was Intrado Digital Media (ex Digital Media Solutions); Globe Newswire**<br><br>**Digital Media Innovations LLC<br>PO BOX 74007143<br>Chicago, IL 60674-7143** |

Debtor 1    **DMK Pharmaceuticals Corporation**                          Case number (*if known*)    **24-10153-MFW**
_____
First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Electronic signature services** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **DocuSign, Inc**<br>**221 Main Street**<br>**San Francisco, CA 94105** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Batch analysis services for Zimhi; regulated** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Element Materials Technology Ann Arbor L**<br>**4840 Venture Drive**<br>**Ann Arbor, MI 48108** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Great Plains Accounting system host and operator services.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Enavate SMB LLC**<br>**P.O Box 736740**<br>**Dallas, TX 75373-6740** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Former depository trust company** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Equiniti Trust Company, LLC f/k/a DTCC**<br>**48 Wall Street, Floor 23**<br>**New York, NY 10005** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Shipping services** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fedex**<br>**P.O. Box 7221**<br>**Pasadena, CA 91109-7321** |

Debtor 1  **DMK Pharmaceuticals Corporation**
First Name          Middle Name          Last Name

Case number (*if known*)  **24-10153-MFW**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturing services of molds, parts, and assembly of ZIMHI Trainers.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Five Star Plastics Inc**<br>**1339 Continental Drive**<br>**Eau Claire, WI 54701** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical research organization services** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Fortrea Inc.f/k/a Labcorp**<br>**8 Moore Drive**<br>**Durham, NC 27709** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Legal services (DoJ investigation)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **FTI Consulting Inc.**<br>**16701 Melford Blvd**<br>**Bowie, MD 20715** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturing services related to Zimhi Production, provides, syringes and needles** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Gerresheimer Bunde GmbH**<br>**Erich-Martens-Strasse 26-32**<br>**Bunde, 32257**<br>**DENMARK** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **IT services related to registry; need for website and addresses; security certificates.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **GoDaddy**<br>**14455 North Hayden Road**<br>**Scottsdale, AZ 85260** |

Debtor 1    **DMK Pharmaceuticals Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*    **24-10153-MFW**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest — **Legal services (DoJ investigation)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Gravity Stack LLC**<br>**20 Stanwix Street**<br>**Pittsburgh, PA 15222** |
| **2.35.** State what the contract or lease is for and the nature of the debtor's interest — **Pharmaceutical services related to Statistician for Tempol trial**<br><br>State the term remaining<br><br>List the contract number of any government contract | **InCSD LLC**<br>**16160 Kenneth Road**<br>**Stilwell, KS 66085** |
| **2.36.** State what the contract or lease is for and the nature of the debtor's interest — **IT services related to SecuriSync and Unite App (office phones)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Intermedia**<br>**825 East Middlefield Road**<br>**Pasadena, CA 94043** |
| **2.37.** State what the contract or lease is for and the nature of the debtor's interest — **IT Services - Moved ZIMHI and SYMJEPI websites to new provider**<br><br>State the term remaining<br><br>List the contract number of any government contract | **J Holt Web LLC**<br>**534 Chester Ave.**<br>**Phoenixville, PA 19460** |
| **2.38.** State what the contract or lease is for and the nature of the debtor's interest — **PR and IR: 3 month contract started December**<br><br>State the term remaining — **Ended 2/29/2024**<br><br>List the contract number of any government contract | **JQA Partners, Inc.**<br>**1402 Ravean Court**<br>**Encinitas, CA 92024** |

| Debtor 1 | **DMK Pharmaceuticals Corporation** | | | Case number *(if known)* | **24-10153-MFW** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Operates company IT** | |
|---|---|---|---|
| | State the term remaining | | **Kazmarek Technology Solutions, Inc.** |
| | List the contract number of any government contract | | **6170 Cornerstone CT E, Suite 300** **San Diego, CA 92121** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **D&O Insurance Broker of Record** | |
|---|---|---|---|
| | State the term remaining | | **Lockton Insurance Brokers, LLC** |
| | List the contract number of any government contract | | **Dept LA 23878** **Pasadena, CA 91185-3878** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Outside consultant** | |
|---|---|---|---|
| | State the term remaining | | **Mark Alasandro** |
| | List the contract number of any government contract | | **27391 Glenwood Drive** **Mission Viejo, CA 92692** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Non-D&O Insurance Broker of Record; working on SYMJEPI claim** | |
|---|---|---|---|
| | State the term remaining | | **Marsh & McLennan Agency LLC** |
| | List the contract number of any government contract | | **P.O. Box 740663** **Los Angeles, CA 90074** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmaceutical services (Tempol trial)** | |
|---|---|---|---|
| | State the term remaining | | **Matrix Biomed, Inc.** |
| | List the contract number of any government contract | | **2301 Dupoint Drive** **Irvine, CA 92612-7532** |

| Debtor 1 | **DMK Pharmaceuticals Corporation** | | Case number (*if known*) | **24-10153-MFW** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.44.** State what the contract or lease is for and the nature of the debtor's interest — **Proxy related services**

State the term remaining

List the contract number of any government contract

**Mediant Communications, LLC
400 Regency Forest Drive
Cary, NC 27518**

**2.45.** State what the contract or lease is for and the nature of the debtor's interest — **Pharmaceutical services related to validation of the dry powder inhaler.**

State the term remaining

List the contract number of any government contract

**Medpharm Ltd.
55 Occam Road, Surrey Research Park
Guilford, UK - GU2 7AB
ENGLAND**

**2.46.** State what the contract or lease is for and the nature of the debtor's interest — **Pharmaceutical Services related to Purdue University grant.**

State the term remaining

List the contract number of any government contract

**Melior Discovery, Inc.
860 Springdale Dr #500
Exton, PA 19341**

**2.47.** State what the contract or lease is for and the nature of the debtor's interest — **Accounting services related to SOX Testing.**

State the term remaining

List the contract number of any government contract

**MN Advisory Services, LLC
10741 Viking Ave
Porter Ranch, CA 91326**

**2.48.** State what the contract or lease is for and the nature of the debtor's interest — **Pharmaceutical services related to mass spectrometry and unknown impurity in the prefilled syringe lot 2117-008 in Zimhi program.**

State the term remaining

List the contract number of any government contract

**Novatia, LLC
54 Walker Lane
Newtown, PA 18940**

| Debtor 1 | **DMK Pharmaceuticals Corporation** | | Case number (*if known*) | **24-10153-MFW** |
|---|---|---|---|---|
| | First Name       Middle Name       Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturing services related to Zimhi production.** |
|---|---|---|
| | State the term remaining | **Phillips-Medisize LLC** |
| | List the contract number of any government contract | **2222 Wellington Court** <br> **Lisle, IL 60532** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Services related to ZIMHI stabilization studies.** |
|---|---|---|
| | State the term remaining | **PTC Consulting, Inc.** |
| | List the contract number of any government contract | **147 Osland Dr. NW** <br> **Edmonton Alberta T6R 2A1** <br> **CANADA** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmaceutical services related to DPI 125 Study; funding from US Government grant.** |
|---|---|---|
| | State the term remaining | **Purdue University** |
| | List the contract number of any government contract | **2550 Northwestern Ave** <br> **West Lafayette, IN 47906-1332** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmaceutical services related to audit reports on Zimhi suppliers for FDA reviews.** |
|---|---|---|
| | State the term remaining | **Qualifyze GmbH** |
| | List the contract number of any government contract | **Taunusanlage 8** <br> **Frankfurt, 60329** <br> **GERMANY** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Proxy/Stock related services related to regulatory filings such as 10Q.** |
|---|---|---|
| | State the term remaining | **Quality Edgar Solutions, LLC** |
| | List the contract number of any government contract | **252 West 37th Street** <br> **New York, NY 10018** |

| Debtor 1 | **DMK Pharmaceuticals Corporation** | | | Case number *(if known)* | **24-10153-MFW** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Co-Leading Dr. Dahan study at LUMCA** | |
|---|---|---|---|
| | State the term remaining | | **R.M. van der Schrier**<br>**2333 VT Leiden**<br>**Mezenstraat 19**<br>**NETHERLANDS** |
| | List the contract number of any government contract | | |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Banking services related to opinion for Adamis purchase of DMK; former Adamis banker; listed in an abundance of caution.** | |
|---|---|---|---|
| | State the term remaining | | **Raymond James & Associates, Inc.**<br>**880 Carillon Parkway**<br>**Saint Petersburg, FL 33716** |
| | List the contract number of any government contract | | |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmaceutical services related to tox company initial work for DPI 125; additional work re ZIMHI analysis** | |
|---|---|---|---|
| | State the term remaining | | **SafeBridge Consultants, Inc.**<br>**PO Box 972047**<br>**Dallas, TX 75397-2047** |
| | List the contract number of any government contract | | |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Commercialization services for Symjepi.** | |
|---|---|---|---|
| | State the term remaining | **Terminated pre-petition** | **Sandoz Inc.**<br>**100 College Road West**<br>**Princeton, NJ 08540** |
| | List the contract number of any government contract | | |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Proxy vote solicitation services.** | |
|---|---|---|---|
| | State the term remaining | | **Saratoga Proxy Consulting LLC**<br>**520 8th Avenue**<br>**New York, NY 10018** |
| | List the contract number of any government contract | | |

Debtor 1    **DMK Pharmaceuticals Corporation**                          Case number *(if known)*    **24-10153-MFW**
      First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Proxy/Stock related services.** | |
|---|---|---|---|
| | State the term remaining | | **Say Technologies LLC** |
| | List the contract number of any government contract | | **85 Willow Road**<br>**Menlo Park, CA 94025** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturing services related to storage of capsules from the Tempol trial** | |
|---|---|---|---|
| | State the term remaining | | **Sherpa Clinical Packaging, LLC DBA PCI P** |
| | List the contract number of any government contract | | **6166 Nancy Ridge Dr.**<br>**San Diego, CA 92121** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturing services related to Zimhi production, fills syringes.** | |
|---|---|---|---|
| | State the term remaining | | **Siegfried Irvine** |
| | List the contract number of any government contract | | **9342 Jeronimo Road**<br>**Irvine, CA 92618** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **NJ virtual office space and company mail.** | |
|---|---|---|---|
| | State the term remaining | | **Somerville Office Evolution** |
| | List the contract number of any government contract | | **50 Division Street, Suite 501**<br>**Somerville, NJ 08876** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **QA consultant services related to ZIMHI stabilization studies.** | |
|---|---|---|---|
| | State the term remaining | | **Suttons Creek, Inc.** |
| | List the contract number of any government contract | | **2945 Townsgate Rd**<br>**Westlake Village, CA 91361** |

Debtor 1   **DMK Pharmaceuticals Corporation**
    First Name         Middle Name         Last Name

Case number *(if known)*   **24-10153-MFW**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.64.  State what the contract or lease is for and the nature of the debtor's interest **Valued DMK for acquisition; assists with pricing and projections.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Syneos Health Consulting, Inc.**<br>**1030 Sync Street**<br>**Morrisville, NC 27560** |
| 2.65.  State what the contract or lease is for and the nature of the debtor's interest **Clinical and regulatory services provider.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Target Health LLC**<br>**3800 Paramount Parkway**<br>**Morrisville, NC 27560** |
| 2.66.  State what the contract or lease is for and the nature of the debtor's interest **Proxy/Stock related services related to DMK Exchange.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **The Nasdaq Stock Market, LLC**<br>**c/o West Corporation**<br>**PO Box 780700**<br>**Philadelphia, PA 19178-0700** |
| 2.67.  State what the contract or lease is for and the nature of the debtor's interest **Product labeling services for Zimhi with DMK.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Trademark Creative Communications**<br>**2105 Wickerson Rd**<br>**London, Ontario N6K 5C4**<br>**CANADA** |
| 2.68.  State what the contract or lease is for and the nature of the debtor's interest **PEO (Employees paid and provided benefits, related tax filings).**<br><br>State the term remaining<br><br>List the contract number of any government contract | **TriNet**<br>**One Park Place, Suite 600**<br>**Dublin, CA 94568** |

| Debtor 1 | DMK Pharmaceuticals Corporation | Case number (if known) | 24-10153-MFW |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **IR services.** | |
| | State the term remaining | **Terminated pre-petition** | |
| | List the contract number of any government contract | | **Westwicke Partners, LLC, a division of I**<br>**761 Main Avenue**<br>**Norwalk, CT 06851** |

**Fill in this information to identify the case:**

Debtor name **DMK Pharmaceuticals Corporation**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **24-10153-MFW**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ <br> City        State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City        State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City        State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City        State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name **DMK Pharmaceuticals Corporation**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **24-10153-MFW**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other | **$0.00** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$1,652,081.00** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$4,756,078.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | **Interest** | **$0.00** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | **Interest** | **$75,588.00** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | **Interest** | **$44,126.00** |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

| Debtor | **DMK Pharmaceuticals Corporation** | Case number *(if known)* | **24-10153-MFW** |
|---|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Please see attached list SOFA 3.** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **See attached list SOFA 3.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Please see attached list SOFA 4.** | | **$0.00** | **See attached list SOFA 4.** |

5. **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Fortrea Inc.f/k/a Labcorp**<br>**8 Moore Drive**<br>**Durham, NC 27709** | **Prepaid $287,877.67 deposit balance.  See Schedule A/B #7.3**<br>Last 4 digits of account number: _____ | | **$0.00** |

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Debtor | **DMK Pharmaceuticals Corporation** | Case number *(if known)* | **24-10153-MFW** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Jerald Hammann v. Adamis Pharmaceuticals Corporation; Dennis J. Carlo; Richard C. Williams; Howard C. Birndorf; Roshawn A. Blunt; and David J. Marguglio**<br>**Civ. Action No. 2021-0506-PAF** | | **Delaware Chancery Court**<br>**Court of Chancery Courthouse**<br>**37 The Circle**<br>**Georgetown, DE 19947** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Jerald Hammann v. Adamis Pharmaceuticals Corporation; Dennis J. Carlo; Richard C. Williams; Howard C. Birndorf; Roshawn A. Blunt; and David J. Marguglio**<br>**Case No. 52,2024** | **Appeal** | **Delaware Supreme Court**<br>**55 The Green**<br>**Dover, DE 19901** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Turbare Real Estate Holdings, LLC v. Adamis Pharmaceuticals Corporation**<br>**and**<br>**Adamis Pharmaceuticals Corporation v. Turbare Manufacturing, LLC and 925 Jeanette, LLC**<br>**Case No. 23CV-23-796** | | **Circuit Court of Faulkner County AK**<br>**1st Division**<br>**Faulkner County Circuit Clerk**<br>**PO Box 9**<br>**Conway, AR 72033** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Pacific North Court Holdings, L.P. v. Adamis Pharmaceuticals Corporation, and Does 1 through 10, inclusive**<br>**Case No. 37-2023-00046921-CU-BC-CTL** | | **Superior Court of California**<br>**County of San Diego**<br>**1100 Union ST**<br>**San Diego, CA 92101** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **CVI Investments, Inc. v. DMK Pharmaceuticals Corp.**<br>**Index No. 655184/2023** | | **Supreme Court of New York**<br>**New York County Courthouse**<br>**60 Centre ST**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **David J. Marguglio v. DMK Pharmaceuticals LLC**<br>**5240001067** | **Arbitration and Mediation** | **Judicial Arbitration and Mediation Serv**<br>**Attn: Jenny Truex, Case Manager**<br>**40 B Street, Suite 2100**<br>**San Diego, CA 92101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Debtor | **DMK Pharmaceuticals Corporation** | Case number *(if known)* | **24-10153-MFW** |
|---|---|---|---|

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:** **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:** **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Rock Creek Advisors LLC**<br>**1738 Belmar Blvd**<br>**Belmar, NJ 07719** | | | **$50,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |
| 11.2. **Nelson Mullins Riley & Scarborough LLP**<br>**1320 Main Street - 17th Floor**<br>**Columbia, SC 29201** | | | **$500,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |
| 11.3. **BMC Group, Inc.**<br>**601 1st Ave, #117**<br>**Seattle, WA 98104** | | | **$7,500.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

---

| Debtor | **DMK Pharmaceuticals Corporation** | | | Case number *(if known)* **24-10153-MFW** |
|---|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.4. | **Gellert Scali Busenkell & Brown, LLC 1201 N. Orange Street, Suite 300 Wilmington, DE 19801** | | | **$50,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **11682 El Camino Real, Suite 300 San Diego, CA 92130** | **2014-2023** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    **DMK Pharmaceuticals Corporation**                                    Case number *(if known)*    **24-10153-MFW**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ☐ Yes. Fill in below:

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Fidelity** | **XXXX-3010** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>■ Brokerage<br>☐ Other__ | 01/2024 | $2,689,024.62 |
| 18.2. | **JP Morgan Chase** | **XXXX-2766** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 01/2024 | $150,000.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor   **DMK Pharmaceuticals Corporation**                              Case number *(if known)*   **24-10153-MFW**

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Corodata Records Management, Inc.** **12375 Kerran Street** **Poway, CA 92064** | **Unknown** | **All paper records for San Diego** | ☐ No ■ Yes |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

Debtor  **DMK Pharmaceuticals Corporation**                    Case number *(if known)*  **24-10153-MFW**

| Business name address | Describe the nature of the business | Employer Identification number |
| --- | --- | --- |
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1.  **Adamis Corporation** | **Wholly owend subsidiary** | EIN:    33-1204912 |
| | | **From-To** |
| 25.2.  **Adamis Pharmaceuticals Corporation** | **Wholly owend subsidiary** | EIN:    92-2359663 |
| | | **From-To** |
| 25.3.  **Biosyn, Inc.** | **Wholly owend subsidiary** | EIN:    02-3254982 |
| | | **From-To** |
| 25.4.  **Rhombus Pharmaceuticals Corporation** | **Wholly owend subsidiary** | EIN:    38-4066127 |
| | | **From-To** |
| 25.5.  **US Compounding, Inc.** | **Wholly owend subsidiary - pharmaceutical compounding** | EIN:    20-1687460 |
| | | **From-To** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26a.1.  **Seth A. Cohen, CFO** <br> **ADDRESS ON FILE** | **10/2023 - present** |
| 26a.2.  **Grace Mortera Reyes, Sr. Accountant** <br> **ADDRESS ON FILE** | |
| 26a.3.  **Julia Kane Morlock, Sr. Fin. Analyst** <br> **ADDRESS ON FILE** | |
| 26a.4.  **Ross Hendler, Staff Accountant** <br> **ADDRESS ON FILE** | |
| 26a.5.  **David Marguglio, Former CFO** <br> **5793 Blazing Star Lane** <br> **San Diego, CA 92130** | **04/2009-05/2022** |
| 26a.6.  **David Benedicto, Former CFO** <br> **11737 Kismet Rd.** <br> **San Diego, CA 92128** | **08/2021-07/2023** |
| 26a.7.  **Ronald Moss, CMO** | **12/2014-07/2023** |
| 26a.8.  **Mariam Demian, Former Accounting Mgr** | |
| 26a.9.  **Jennifer Brandt, Former Administrator/Ex** <br> **ADDRESS ON FILE** | |
| 26a.10.  **Nina Isabella Clark, Former (Role unknown)** | |

Debtor    **DMK Pharmaceuticals Corporation**                    Case number *(if known)*  **24-10153-MFW**

| Name and address | Date of service From-To |
|---|---|
| 26a.11.  **Farnaz Khodadadi, Former (Role unknown)** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **BDO USA, LLP**<br>**PO Box 677973**<br>**Dallas, Texas 75267-7973** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **KYJ, LLP**<br>**2020 Camino Del Rio N.**<br>**San Diego, CA 92108** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.  **Employment Contractor Services, Inc.**<br>**(Marie Lalas)** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.4.  **DLA LLC**<br>**55 Lane Road**<br>**Fairfield, NJ 07004** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **BDO USA, LLP**<br>**PO Box 677973**<br>**Dallas, Texas 75267-7973** | |
| 26c.2.  **KYJ, LLP**<br>**2020 Camino Del Rio N.**<br>**San Diego, CA 92108** | |
| 26c.3.  **Employment Contractor Services, Inc.**<br>**(Marie Lalas)** | |
| 26c.4.  **DLA LLC**<br>**55 Lane Road**<br>**Fairfield, NJ 07004** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Securities & Exchange Commission**<br>**100 F Street, NE**<br>**Washington, DC 20549** |

| Debtor | **DMK Pharmaceuticals Corporation** | Case number *(if known)* | **24-10153-MFW** |
|---|---|---|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Prior management** | **pre-merger** | **662,962.00** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **DMK Pharmaceuticals Corporation**<br>**50 Division Street, Suite 501**<br>**Somerville, NJ 08876** |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ebrahim "Eboo" Versi** | **ADDRESS ON FILE** | **CEO** | **18.9%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Seth A. Cohen** | **ADDRESS ON FILE** | **CFO** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John Dorbin, Jr.** | **ADDRESS ON FILE** | **General Counsel** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jannine Versi** | **ADDRESS ON FILE** | **Board member** | **less than 1%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Howard C. Birndorf** | **ADDRESS ON FILE** | **Board member** | **less than 1%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Meera J. Desai, PH.D., NACD.DC** | **ADDRESS ON FILE** | **Board member** | **less than 1%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Vickie S. Reed** | **ADDRESS ON FILE** | **Board member** | **less than 1%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor    **DMK Pharmaceuticals Corporation**                    Case number *(if known)* **24-10153-MFW**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| David J. Marguglio | 5793 Blazing Star Lane San Diego, CA 92130 | President CEO/COO/CFO | President CEO - 05/2022-09/2024 Sr. VP and CBO - 03/20217-05/2022 VP of Busines Development and IR - 04/2009-03/20217 Director of Board - 04/2009-05/2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| David Benedicto | 11737 Kismet Rd. San Diego, CA 92128 | CFO | Sr. Director and accounting controller - 12/2024-05/2021 Princial accounting officer - 05/2021-08/2021 CFO and principal financial officer - 08/2021-07/2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Richard C. Williams | ADDRESS ON FILE | Director and Chair of the Board | 08/2014-05/2023 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See attached list SOFA 4.** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Yes, debtor is part of a group** | **EIN:** |

Debtor  **DMK Pharmaceuticals Corporation**                                     Case number *(if known)*  **24-10153-MFW**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     March 1, 2024

*/s/ Seth A. Cohen*                                     **Seth A. Cohen**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Chief Financial Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

In re DMK Pharmaceuticals Corporation
Case No. 24-101563-MFW
SOFA - Part 2, 3.1

**Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's name | Date | Total amount or value | Reason for payment or transfer |
|---|---|---|---|
| Fedex | 01/08/24 | $ 28.01 | |
| Corodata Records Management, Inc. | 01/05/24 | $ 57.19 | |
| Corodata Records Management, Inc. | 02/01/24 | $ 57.19 | |
| Jennifer Lyn Brandt | 12/06/23 | $ 58.68 | |
| Corodata Records Management, Inc. | 11/13/23 | $ 63.55 | |
| Ross Hendler | 11/30/23 | $ 105.00 | |
| InCorp Services Inc. | 01/02/24 | $ 129.00 | |
| Jennifer Lyn Brandt | 11/08/23 | $ 267.10 | |
| Eboo Versi | 02/01/24 | $ 314.41 | |
| Fedex | 11/16/23 | $ 362.09 | |
| InCorp Services Inc. | 11/02/23 | $ 387.00 | |
| Fedex | 11/24/23 | $ 450.47 | |
| Enavate SMB LLC | 02/01/24 | $ 525.00 | |
| Steve Geddie | 01/26/24 | $ 767.84 | |
| Paragon HR LLC | 11/13/23 | $ 850.00 | |
| Steve Geddie | 11/13/23 | $ 862.05 | |
| Global HR Research | 12/06/23 | $ 862.62 | |
| InCorp Services Inc. | 12/06/23 | $ 895.00 | |
| Enavate SMB LLC | 01/05/24 | $ 962.50 | |
| Casimir Jones, S.C. | 12/06/23 | $ 1,158.72 | |
| Ross Hendler | 12/31/23 | $ 1,170.57 | |
| Corporation Service Company | 02/01/24 | $ 1,174.00 | |
| Ross Hendler | 01/31/24 | $ 1,440.82 | |
| K&L Gates | 01/18/24 | $ 1,500.00 | |
| Collective42 | 12/15/23 | $ 1,627.10 | |
| Enavate SMB LLC | 11/13/23 | $ 1,837.50 | |
| Commonwealth Biopharma LLC | 01/05/24 | $ 1,875.00 | |
| Vernoia, Enterline & Brewer, CPA, LLC | 11/08/23 | $ 2,178.00 | |
| Steve Geddie | 01/05/24 | $ 2,481.19 | |
| Adobe Systems Incorporated | 11/21/23 | $ 2,590.92 | |
| Mark Alasandro | 01/30/24 | $ 2,941.75 | |
| Rutan & Tucker, LLP | 12/07/23 | $ 2,999.99 | |
| Amy S. Broidrick | 01/18/24 | $ 3,200.00 | |
| Collective42 | 02/01/24 | $ 3,254.20 | |
| Jennifer Lyn Brandt | 11/16/23 | $ 3,406.69 | |
| K&L Gates | 12/06/23 | $ 4,316.04 | IP Legal Fees |
| Chiara IP Law PLLC | 02/01/24 | $ 4,725.00 | IP Legal Fees |
| Gabrielle Naomi Kur-Oliva | 11/13/23 | $ 5,000.00 | PR |
| Gabrielle Naomi Kur-Oliva | 11/29/23 | $ 5,000.00 | PR |
| Mintz Levin Cohn Ferris Glovsky & P | 12/05/23 | $ 5,000.00 | Legal Retainer |
| Cyberlink ASP Technology Inc. | 11/13/23 | $ 5,157.36 | |
| Cyberlink ASP Technology Inc. | 12/06/23 | $ 5,157.36 | |
| Holland & Knight LLP | 12/22/23 | $ 5,185.00 | IP Legal Fees |
| Cyberlink ASP Technology Inc. | 01/05/24 | $ 5,364.17 | |
| Cyberlink ASP Technology Inc. | 01/30/24 | $ 5,364.17 | |
| Eboo Versi | 01/18/24 | $ 5,511.62 | |
| JQA Partners, Inc. | 12/06/23 | $ 6,000.00 | |
| JAMS INC | 01/10/24 | $ 6,000.00 | |
| Kazmarek Technology Solutions, Inc. | 01/18/24 | $ 6,257.86 | |
| Commonwealth Biopharma LLC | 12/15/23 | $ 6,375.00 | |
| Marsh & McLennan Agency LLC | 11/27/23 | $ 6,449.39 | Insurance |
| Marsh & McLennan Agency LLC | 12/20/23 | $ 6,449.39 | Insurance |
| Marsh & McLennan Agency LLC | 01/30/24 | $ 6,449.39 | Insurance |
| Bloomberg, L.P. | 11/13/23 | $ 6,915.00 | |
| Nelson Mullins Riley & Scarborough LLP | 11/14/23 | $ 7,065.00 | *Refunded to Debtor prepetition* |
| BMC Group, Inc. | 02/01/24 | $ 7,500.00 | *Bankruptcy consulting* |
| Seth Cohen | 11/16/23 | $ 9,177.75 | *Consulting fees* |
| FIRST INSURANCE FUNDING CORP. | 11/27/23 | $ 9,496.32 | |
| FIRST INSURANCE FUNDING CORP. | 12/20/23 | $ 9,496.32 | |
| Qualifyze GmbH | 12/18/23 | $ 9,708.32 | |

In re DMK Pharmaceuticals Corporation
Case No. 24-101563-MFW
SOFA - Part 2, 3.1

**Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's name | Date | Total amount or value | Reason for payment or transfer |
|---|---|---|---|
| Schertler & Onorato, LLP | 12/22/23 | $ 10,000.00 | |
| Kazmarek Technology Solutions, Inc. | 12/06/23 | $ 10,224.78 | |
| Casimir Jones, S.C. | 11/03/23 | $ 10,437.76 | |
| DLA LLC | 01/30/24 | $ 11,100.00 | |
| DENNIS CARLO | 12/07/23 | $ 13,274.16 | |
| QUALITY EDGAR SOLUTIONS, LLC | 01/18/24 | $ 14,150.00 | |
| CFOX Consulting, LLC (S. Cohen) | 11/21/23 | $ 16,000.00 | *Consulting fees* |
| Howard Birndorf | 01/05/24 | $ 16,000.00 | *Board fees* |
| Meera Desai | 01/05/24 | $ 16,000.00 | *Board fees* |
| Vickie Reed | 01/05/24 | $ 16,000.00 | *Board fees* |
| Jannine Versi | 01/05/24 | $ 16,000.00 | *Board fees* |
| Novatia, LLC | 02/01/24 | $ 19,200.00 | |
| Nelson Mullins Riley & Scarborough LLP | 12/22/23 | $ 19,640.50 | *Refunded to Debtor prepetition* |
| Reed Smith LLP | 01/30/24 | $ 25,000.00 | |
| Academisch Ziekenhuis Leiden h.o.d.n LUMC | 02/01/24 | $ 25,000.00 | |
| FIRST INSURANCE FUNDING CORP. | 01/30/24 | $ 28,294.10 | |
| DLA LLC | 12/22/23 | $ 29,853.75 | |
| IPFS Corporation of California | 11/27/23 | $ 35,666.65 | |
| IPFS Corporation of California | 12/20/23 | $ 35,666.65 | |
| 800 Meters Strategic Communications, LLC | 11/29/23 | $ 35,930.00 | |
| DLA LLC | 01/18/24 | $ 37,377.50 | |
| DLA LLC | 11/13/23 | $ 42,320.00 | |
| Rock Creek Advisors LLC | 01/05/24 | $ 50,000.00 | *Bankruptcy consulting* |
| Gellert Scali Busenkell & Brown, LLC | 01/25/24 | $ 50,000.00 | *Bankruptcy consulting* |
| New Jersey Economic Development Authority | 01/31/24 | $ 60,000.00 | *Return of unused grant funds* |
| New Jersey Economic Development Authority | 02/01/24 | $ 60,000.00 | *Return of unused grant funds* |
| Ardena Bioanalysis BV | 02/01/24 | $ 60,387.22 | |
| BROADRIDGE | 11/08/23 | $ 99,539.33 | |
| Reed Smith LLP | 12/08/23 | $ 125,000.00 | |
| IPFS Corporation of California | 01/19/24 | $ 175,613.22 | |
| BDO USA, LLC | 11/13/23 | $ 243,793.00 | |
| Nelson Mullins Riley & Scarborough LLP | 01/11/24 | $ 500,000.00 | *Bankruptcy consulting* |
| Lockton Insurance Brokers, LLC | 01/31/24 | $ 857,471.63 | |
| | | $ 2,966,902 | |

In re DMK Pharmaceuticals Corpoation
Case No. 24-10153-MFW
SOFA - Part 2, 4.1

**Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| Insider's name | Address 1 | City | State | Zip | Date | Total amount or value | Reason for payment or transfer | Relationship to debtor |
|---|---|---|---|---|---|---|---|---|
| Birndorf, Howard | Address on file | | | | 01/03/23 | $  16,000 | Quarterly Board Fee | Board Member |
| Meera, Desai | Address on file | | | | 01/03/23 | $  16,000 | Quarterly Board Fee | Board Member |
| Reed, Vickie | Address on file | | | | 01/03/23 | $  16,000 | Quarterly Board Fee | Board Member, Audit Committee Chair |
| Williams, Richard | Address on file | | | | 01/03/23 | $  32,000 | Quarterly Board Fee | Former Board Chair |
| Marguglio, David J | Address on file | | | | 01/05/23 | $  460 | Expense Reimbursement | Former COO / CFO |
| Carlo, Dennis | Address on file | | | | 01/12/23 | $  4,116 | Insurance Reimbursement | Former CEO |
| Carlo, Dennis | Address on file | | | | 02/09/23 | $  4,116 | Insurance Reimbursement | Former CEO |
| Benedicto, David Dwight C | Address on file | | | | 02/15/23 | $  16,150 | Payroll | Former CFO |
| Marguglio, David J | Address on file | | | | 02/15/23 | $  20,401 | Payroll | Former COO / CFO |
| Carlo, Dennis | Address on file | | | | 02/23/23 | $  4,116 | Insurance Reimbursement | Former CEO |
| Benedicto, David Dwight C | Address on file | | | | 02/28/23 | $  16,150 | Payroll | Former CFO |
| Marguglio, David J | Address on file | | | | 02/28/23 | $  20,401 | Payroll | Former COO / CFO |
| Benedicto, David Dwight C | Address on file | | | | 03/15/23 | $  16,150 | Payroll | Former CFO |
| Marguglio, David J | Address on file | | | | 03/15/23 | $  7,005 | Payroll | Former COO / CFO |
| Benedicto, David Dwight C | Address on file | | | | 03/31/23 | $  16,152 | Payroll | Former CFO |
| Marguglio, David J | Address on file | | | | 03/31/23 | $  23,235 | Payroll | Former COO / CFO |
| Birndorf, Howard | Address on file | | | | 04/03/23 | $  16,000 | Quarterly Board Fee | Board Member |
| Meera, Desai | Address on file | | | | 04/03/23 | $  16,000 | Quarterly Board Fee | Board Member |
| Reed, Vickie | Address on file | | | | 04/03/23 | $  16,000 | Quarterly Board Fee | Board Member, Audit Committee Chair |
| Williams, Richard | Address on file | | | | 04/03/23 | $  32,000 | Quarterly Board Fee | Former Board Chair |
| Benedicto, David Dwight C | Address on file | | | | 04/15/23 | $  16,266 | Payroll | Former CFO |
| Marguglio, David J | Address on file | | | | 04/15/23 | $  20,968 | Payroll | Former COO / CFO |
| Carlo, Dennis | Address on file | | | | 04/20/23 | $  4,116 | Insurance Reimbursement | Former CEO |
| Marguglio, David J | Address on file | | | | 04/20/23 | $  286 | Expense Reimbursement | Former COO / CFO |
| Benedicto, David Dwight C | Address on file | | | | 04/26/23 | $  760 | Expense Reimbursement | Former CFO |
| Benedicto, David Dwight C | Address on file | | | | 04/30/23 | $  16,266 | Payroll | Former CFO |
| Marguglio, David J | Address on file | | | | 04/30/23 | $  38,481 | Payroll | Former COO / CFO |
| Carlo, Dennis | Address on file | | | | 05/04/23 | $  4,116 | Insurance Reimbursement | Former CEO |
| Benedicto, David Dwight C | Address on file | | | | 05/15/23 | $  16,266 | Payroll | Former CFO |
| Marguglio, David J | Address on file | | | | 05/15/23 | $  19,933 | Payroll | Former COO / CFO |
| Benedicto, David Dwight C | Address on file | | | | 05/31/23 | $  4,244 | Payroll | Former CFO |
| Marguglio, David J | Address on file | | | | 05/31/23 | $  19,933 | Payroll | Former COO / CFO |
| Versi, Ebrahim | Address on file | | | | 05/31/23 | $  790 | Payroll | Current CEO, Board Chair |
| Benedicto, David Dwight C | Address on file | | | | 06/15/23 | $  4,244 | Payroll | Former CFO |
| Marguglio, David J | Address on file | | | | 06/15/23 | $  22,424 | Payroll | Former COO / CFO |
| Versi, Ebrahim | Address on file | | | | 06/15/23 | $  179 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 06/15/23 | $  714 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 06/15/23 | $  953 | Payroll | Current CEO, Board Chair |
| Benedicto, David Dwight C | Address on file | | | | 06/30/23 | $  4,244 | Payroll | Former CFO |
| Marguglio, David J | Address on file | | | | 06/30/23 | $  22,922 | Payroll | Former COO / CFO |
| Versi, Ebrahim | Address on file | | | | 06/30/23 | $  177 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 06/30/23 | $  707 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 06/30/23 | $  943 | Payroll | Current CEO, Board Chair |
| Benedicto, David Dwight C | Address on file | | | | 07/03/23 | $  69 | Expense Reimbursement | Former CFO |
| CFOX Consulting, LLC (S. Cohen) | Address on file | | | | 07/03/23 | $  10,000 | Consulting Fees | Current CFO |
| Meera, Desai | Address on file | | | | 07/03/23 | $  487 | Expense Reimbursement | Board Member |

In re DMK Pharmaceuticals Corpoation
Case No. 24-10153-MFW
SOFA - Part 2, 4.1

**Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| Insider's name | Address 1 | City | State | Zip | Date | Total amount or value | Reason for payment or transfer | Relationship to debtor |
|---|---|---|---|---|---|---|---|---|
| Versi, Jannine | Address on file | | | | 07/03/23 | $ 1,091 | Expense Reimbursement | Board Member |
| Benedicto, David Dwight C | Address on file | | | | 07/15/23 | $ 45,436 | Payroll | Former CFO |
| Benedicto, David Dwight C | Address on file | | | | 07/15/23 | $ 57,145 | Payroll | Former CFO |
| Benedicto, David Dwight C | Address on file | | | | 07/15/23 | $ 4,244 | Payroll | Former CFO |
| Marguglio, David J | Address on file | | | | 07/15/23 | $ 22,922 | Payroll | Former COO / CFO |
| Versi, Ebrahim | Address on file | | | | 07/15/23 | $ 192 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 07/15/23 | $ 770 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 07/15/23 | $ 1,027 | Payroll | Current CEO, Board Chair |
| Marguglio, David J | Address on file | | | | 07/31/23 | $ 22,922 | Payroll | Former COO / CFO |
| Versi, Ebrahim | Address on file | | | | 07/31/23 | $ 182 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 07/31/23 | $ 727 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 07/31/23 | $ 970 | Payroll | Current CEO, Board Chair |
| Carlo, Dennis | Address on file | | | | 08/09/23 | $ 8,231 | Insurance Reimbursement | Former CEO |
| Marguglio, David J | Address on file | | | | 08/09/23 | $ 2,583 | Expense Reimbursement | Former COO / CFO |
| Birndorf, Howard | Address on file | | | | 08/09/23 | $ 16,000 | Quarterly Board Fee | Board Member |
| Meera, Desai | Address on file | | | | 08/09/23 | $ 16,000 | Quarterly Board Fee | Board Member |
| Reed, Vickie | Address on file | | | | 08/09/23 | $ 16,000 | Quarterly Board Fee | Board Member, Audit Committee Chair |
| Versi, Jannine | Address on file | | | | 08/09/23 | $ 6,505 | Expense Reimbursement | Board Member |
| Williams, Richard | Address on file | | | | 08/09/23 | $ 18,989 | Quarterly Board Fee | Former Board Chair |
| Marguglio, David J | Address on file | | | | 08/15/23 | $ 22,922 | Payroll | Former COO / CFO |
| Marguglio, David J | Address on file | | | | 08/15/23 | $ 22,922 | Payroll | Former COO / CFO |
| Versi, Ebrahim | Address on file | | | | 08/15/23 | $ 703 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 08/15/23 | $ 2,814 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 08/15/23 | $ 29,612 | Payroll | Current CEO, Board Chair |
| CFOX Consulting, LLC (S. Cohen) | Address on file | | | | 08/17/23 | $ 6,000 | Consulting Fees | Current CFO |
| Marguglio, David J | Address on file | | | | 08/31/23 | $ 22,922 | Payroll | Former COO / CFO |
| Versi, Ebrahim | Address on file | | | | 08/31/23 | $ 2,666 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 08/31/23 | $ 10,663 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 08/31/23 | $ 13,384 | Payroll | Current CEO, Board Chair |
| Carlo, Dennis | Address on file | | | | 09/01/23 | $ 4,116 | Insurance Reimbursement | Former CEO |
| CFOX Consulting, LLC (S. Cohen) | Address on file | | | | 09/11/23 | $ 15,125 | Consulting Fees | Current CFO |
| Marguglio, David J | Address on file | | | | 09/15/23 | $ 22,922 | Payroll | Former COO / CFO |
| Versi, Ebrahim | Address on file | | | | 09/15/23 | $ 2,516 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 09/15/23 | $ 10,065 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 09/15/23 | $ 12,632 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 09/15/23 | $ 103,803 | Payroll | Current CEO, Board Chair |
| Marguglio, David J | Address on file | | | | 09/30/23 | $ 22,922 | Payroll | Former COO / CFO |
| Versi, Ebrahim | Address on file | | | | 09/30/23 | $ 2,495 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 09/30/23 | $ 9,979 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 09/30/23 | $ 12,524 | Payroll | Current CEO, Board Chair |
| CFOX Consulting, LLC (S. Cohen) | Address on file | | | | 10/10/23 | $ 15,875 | Consulting Fees | Current CFO |
| Birndorf, Howard | Address on file | | | | 10/10/23 | $ 16,000 | Quarterly Board Fee | Board Member |
| Meera, Desai | Address on file | | | | 10/10/23 | $ 16,000 | Quarterly Board Fee | Board Member |
| Reed, Vickie | Address on file | | | | 10/10/23 | $ 16,000 | Quarterly Board Fee | Board Member, Audit Committee Chair |
| Versi, Jannine | Address on file | | | | 10/10/23 | $ 16,000 | Quarterly Board Fee | Board Member |
| Marguglio, David J | Address on file | | | | 10/15/23 | $ 22,918 | Payroll | Former COO / CFO |

In re DMK Pharmaceuticals Corpoation
Case No. 24-10153-MFW
SOFA - Part 2, 4.1

**Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| Insider's name | Address 1 | City | State | Zip | Date | Total amount or value | Reason for payment or transfer | Relationship to debtor |
|---|---|---|---|---|---|---|---|---|
| Marguglio, David J | Address on file | | | | 10/15/23 | $ 22,918 | Payroll | Former COO / CFO |
| Versi, Ebrahim | Address on file | | | | 10/15/23 | $ 2,495 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 10/15/23 | $ 9,979 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 10/15/23 | $ 12,524 | Payroll | Current CEO, Board Chair |
| Cohen, Seth | Address on file | | | | 10/31/23 | $ 18,856 | Payroll | Current CFO |
| Dorbin,Jr., John | Address on file | | | | 10/31/23 | $ 6,328 | Payroll | Current GC |
| Marguglio, David J | Address on file | | | | 10/31/23 | $ 22,918 | Payroll | Former COO / CFO |
| Versi, Ebrahim | Address on file | | | | 10/31/23 | $ 2,495 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 10/31/23 | $ 9,979 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 10/31/23 | $ 12,524 | Payroll | Current CEO, Board Chair |
| Cohen, Seth | Address on file | | | | 11/13/23 | $ 9,178 | Payroll | Current CFO |
| Cohen, Seth | Address on file | | | | 11/15/23 | $ 18,814 | Payroll | Current CFO |
| Dorbin,Jr., John | Address on file | | | | 11/15/23 | $ 12,295 | Payroll | Current GC |
| Versi, Ebrahim | Address on file | | | | 11/15/23 | $ 2,495 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 11/15/23 | $ 9,979 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 11/15/23 | $ 12,524 | Payroll | Current CEO, Board Chair |
| CFOX Consulting, LLC (S. Cohen) | Address on file | | | | 11/21/23 | $ 16,000 | Consulting Fees | Current CFO |
| Cohen, Seth | Address on file | | | | 11/30/23 | $ 18,423 | Payroll | Current CFO |
| Dorbin,Jr., John | Address on file | | | | 11/30/23 | $ 12,169 | Payroll | Current GC |
| Versi, Ebrahim | Address on file | | | | 11/30/23 | $ 2,495 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 11/30/23 | $ 9,979 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 11/30/23 | $ 12,524 | Payroll | Current CEO, Board Chair |
| Carlo, Dennis | Address on file | | | | 12/07/23 | $ 13,274 | Insurance Reimbursement | Former CEO |
| Cohen, Seth | Address on file | | | | 12/15/23 | $ 19,894 | Payroll | Current CFO |
| Dorbin,Jr., John | Address on file | | | | 12/15/23 | $ 12,169 | Payroll | Current GC |
| Versi, Ebrahim | Address on file | | | | 12/15/23 | $ 2,495 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 12/15/23 | $ 9,979 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 12/15/23 | $ 12,524 | Payroll | Current CEO, Board Chair |
| Cohen, Seth | Address on file | | | | 12/31/23 | $ 18,691 | Payroll | Current CFO |
| Dorbin,Jr., John | Address on file | | | | 12/31/23 | $ 12,169 | Payroll | Current GC |
| Versi, Ebrahim | Address on file | | | | 12/31/23 | $ 2,495 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 12/31/23 | $ 9,979 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 12/31/23 | $ 12,524 | Payroll | Current CEO, Board Chair |
| Birndorf, Howard | Address on file | | | | 01/05/24 | $ 16,000 | Quarterly Board Fee | Board Member |
| Meera, Desai | Address on file | | | | 01/05/24 | $ 16,000 | Quarterly Board Fee | Board Member |
| Reed, Vickie | Address on file | | | | 01/05/24 | $ 16,000 | Quarterly Board Fee | Board Member, Audit Committee Chair |
| Versi, Jannine | Address on file | | | | 01/05/24 | $ 16,000 | Quarterly Board Fee | Board Member |
| Cohen, Seth | Address on file | | | | 01/15/24 | $ 19,483 | Payroll | Current CFO |
| Dorbin,Jr., John | Address on file | | | | 01/15/24 | $ 12,503 | Payroll | Current GC |
| Versi, Ebrahim | Address on file | | | | 01/15/24 | $ 13,855 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 01/15/24 | $ 11,039 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 01/15/24 | $ 2,760 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 01/15/24 | $ 14,827 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 01/15/24 | $ 11,862 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 01/15/24 | $ 2,965 | Payroll | Current CEO, Board Chair |
| Versi, Ebrahim | Address on file | | | | 01/18/24 | $ 5,512 | Expense Reimbursement | Current CEO, Board Chair |

In re DMK Pharmaceuticals Corpoation
Case No. 24-10153-MFW
SOFA - Part 2, 4.1

**Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| Insider's name | Address 1 | City | State | Zip | Date | Total amount or value | | Reason for payment or transfer | Relationship to debtor |
|---|---|---|---|---|---|---|---|---|---|
| Cohen, Seth | | Address on file | | | 01/31/24 | $ | 19,441 | Payroll | Current CFO |
| Dorbin, Jr., John | | Address on file | | | 01/31/24 | $ | 12,172 | Payroll | Current GC |
| Versi, Ebrahim | | Address on file | | | 02/01/24 | $ | 314 | Expense Reimbursement | Current CEO, Board Chair |
| | | | | | | $ | 1,812,189 | | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **DMK Pharmaceuticals Corporation** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number | **24-10153-MFW** |
| (if known) | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders     12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | **Unsecured claim** |
|---|---|---|

**1**

**Academisch Ziekenhuis Leiden h.o.d.n LUM Albinusdreef 2 2333 ZA Leiden NETHERLANDS**

What is the nature of the claim?    **Pharmaceutical services**    **$475,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:    -
     Unsecured claim

_____

Contact

_____

Contact phone

**2**

**Broadridge Broadridge ICS P.O. Box 416423 Boston, MA 02241-6423**

What is the nature of the claim?    **Proxy/Stock related services**    **$235,200.33**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No

| Debtor 1 | **DMK Pharmaceuticals Corporation** | | Case number *(if known)* | **24-10153-MFW** |

Contact

Contact phone

☐ Yes. Total claim (secured and unsecured)
Value of security:                               -
Unsecured claim

---

**3**

**Catalent Belgium**
**14 Schoolhouse Road**
**Somerset, NJ 08873**

What is the nature of the claim?    **Manufacturing services**    $1,821,553.72

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:                               -
Unsecured claim

Contact

Contact phone

---

**4**

**Covington & Burling LLP**
**One CityCenter 850 Tenth Street**
**N.W.**
**Washington, DC 20001**

What is the nature of the claim?    **PR/IR/Lobbying**    $215,281.02

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:                               -
Unsecured claim

Contact

Contact phone

---

**5**

**Curia Wisconsin, Inc**
**870 Badger Circle**
**Grafton, WI 53024**

What is the nature of the claim?    **Pharmaceutical services (Tempol Trial)**    $101,581.29

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:                               -
Unsecured claim

Contact

Contact phone

---

**6**

**Fortrea Inc.f/k/a Labcorp**

What is the nature of the claim?    **Pharmaceutical services**    $1,943,667.32

---

| Debtor 1 | **DMK Pharmaceuticals Corporation** | Case number *(if known)* | **24-10153-MFW** |

**8 Moore Drive**
**Durham, NC 27709**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact

Value of security:    - _____

Contact phone

Unsecured claim    _____

---

**7**

**Gerresheimer Bunde GmbH**
**Erich-Martens-Strasse 26-32**
**Bunde, 32257**
**DENMARK**

What is the nature of the claim?    **Manufacturing services**    **$299,341.25**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact

Value of security:    - _____

Contact phone

Unsecured claim    _____

---

**8**

**K&L Gates**
**PO Box 844255**
**Boston, MA 02284-4255**

What is the nature of the claim?    **Legal services**    **$123,207.05**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact

Value of security:    - _____

Contact phone

Unsecured claim    _____

---

**9**

**Latham & Watkins LLP**
**555 West Fifth Street**
**Los Angeles, CA 90013-1020**

What is the nature of the claim?    **Legal services**    **$446,025.01**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact    _____

Debtor 1    **DMK Pharmaceuticals Corporation**    Case number *(if known)*    **24-10153-MFW**

| | |
|---|---|
| ☐ | |
| Contact phone | Value of security: — _____ |
| | Unsecured claim _____ |

---

**10**

**Matrix Biomed, Inc.**
**2301 Dupoint Drive**
**Irvine, CA 92612-7532**

**What is the nature of the claim?**    **Pharmaceutical services (Tempol Trial)**    **$179,059.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact

☐ Yes. Total claim (secured and unsecured)

Contact phone

Value of security: — _____
Unsecured claim _____

---

**11**

**Pacific North Court Holdings c/o American Assets Trust Management LLC**
**3420 Carmel Mountain Rd Suite 100**
**San Diego, CA 92121**

**What is the nature of the claim?**    _____    **$135,470.46**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact

☐ Yes. Total claim (secured and unsecured)

Contact phone

Value of security: — _____
Unsecured claim _____

---

**12**

**Phillips-Medisize LLC**
**2222 Wellington Court**
**Lisle, IL 60532**

**What is the nature of the claim?**    **Manufacturing services**    **$1,697,551.17**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact

☐ Yes. Total claim (secured and unsecured)

Contact phone

Value of security: — _____
Unsecured claim _____

---

**13**

**Purdue University**

**What is the nature of the claim?**    **Pharmaceutical services**    **$144,962.00**

---

Debtor 1    **DMK Pharmaceuticals Corporation**                    Case number *(if known)*    **24-10153-MFW**

**2550 Northwestern Ave**
**West Lafayette, IN 47906-1332**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:    - _____
  - Unsecured claim

Contact _____

Contact phone _____

---

**14**    **Raymond James & Associates, Inc.**
**880 Carillon Parkway**
**Saint Petersburg, FL 33716**

What is the nature of the claim?    **Banking services**    **$509,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:    - _____
  - Unsecured claim

Contact _____

Contact phone _____

---

**15**    **Reed Smith LLP**
**2672 Paysphere Circle**
**Chicago, IL 60674**

What is the nature of the claim?    **Legal services**    **$499,673.05**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:    - _____
  - Unsecured claim

Contact _____

Contact phone _____

---

**16**    **Sandoz Inc.**
**100 College Road West**
**Princeton, NJ 08540**

What is the nature of the claim?    **Commercialization**    **$263,002.61**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    _____

Contact _____

---

Debtor 1  **DMK Pharmaceuticals Corporation**  Case number *(if known)*  **24-10153-MFW**

_____ Contact phone

Value of security:  -
Unsecured claim    _____

---

**17**

**US Food and Drug Administration**
**P.O. Box 979107**
**St. Louis, MO 63197-9000**

What is the nature of the claim?    **Key regulator**    $1,528,490.94

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:    -    _____
Unsecured claim         _____

_____ Contact
_____ Contact phone

---

**18**

**US WorldMeds Venture, LLC**
**4441 Springdale Rd**
**Louisville, KY 40241-1086**

What is the nature of the claim?    **Commercialization**    $199,938.47

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:    -    _____
Unsecured claim         _____

_____ Contact
_____ Contact phone

---

**19**

**Vinson & Elkins LLP**
**1001 Fannin Street**
**Houston, TX 77002**

What is the nature of the claim?    **Legal services**    $1,279,197.66

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:    -    _____
Unsecured claim         _____

_____ Contact
_____ Contact phone

---

**20**

**Weintraub Tobin Chediak Coleman**
**400 CAPITOL MALL ELEVENTH FLOOR**
**Sacramento, CA 95814**

What is the nature of the claim?    **Legal services**    $435,470.21

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor 1 | **DMK Pharmaceuticals Corporation** | Case number *(if known)* | **24-10153-MFW** |

■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Contact

Value of security: - _____

Contact phone

Unsecured claim _____

---

**Part 2:   Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  */s/ Seth Cohen*                              X _____

**Seth Cohen**                                        Signature of Debtor 2
Signature of Debtor 1

Date   March 1, 2024                           Date _____