**Fill in this information to identify the case:**

Debtor name **US Compounding, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **24-10158-MFW**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  March 1, 2024          x  */s/ Seth A. Cohen*
_____                         _____
                                       Signature of individual signing on behalf of

                                       debtor **Seth A. Cohen**
                                       Printed name

                                       **Designated Person**
                                       Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **US Compounding, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **24-10158-MFW**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

|  | 7.1. | Oil States Security Deposit (Turbare lease) | $12,155.00 |
|---|---|---|---|

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.    | $12,155.00 |

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Debtor | **US Compounding, Inc.** | Case number *(If known)* **24-10158-MFW** |
|---|---|---|
| | Name | |

---

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.**    **Aircraft and accessories** | | | |
| **50.**    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Generator - Turbare is in possession | **$190,000.00** | | **$0.00** |
| HVAC - Turbare is in possession | **$691,141.00** | | **$0.00** |

**51.    Total of Part 8.**    

Add lines 47 through 50.  Copy the total to line 87.

| **$0.00** |
|---|

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | **US Compounding, Inc.** | Case number *(if known)* | **24-10158-MFW** |
|---|---|---|---|
| | Name | | |

---

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **US Compounding, Inc.**                    Case number *(If known)*  **24-10158-MFW**
_____Name_____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $12,155.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $12,155.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $12,155.00 |

**Fill in this information to identify the case:**

Debtor name  **US Compounding, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **24-10158-MFW**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1** **Datamax Inc.**<br>Creditor's Name<br><br>**2145 Hampton AVE<br>Saint Louis, MO 63139**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**7921**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Leased (31) Lexmark Printers (7) Lexmark Copiers (Debtor is not in possession of the property, Creditor retrieved all collateral subject to lien)**<br><br>**Describe the lien**<br>**UCC lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **Unknown** | **Unknown** |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$0.00**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

**Fill in this information to identify the case:**

Debtor name    **US Compounding, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **24-10158-MFW**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $589.27 |
|---|---|---|---|
| | **Arkansas River Valley Heating and Air, I** | ☐ Contingent | |
| | **707 E 4th St.** | ☐ Unliquidated | |
| | **Russellville, AR 72801** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92.42 |
|---|---|---|---|
| | **Arvest Credit Cards** | ☐ Contingent | |
| | **PO Box 6139** | ☐ Unliquidated | |
| | **Norman, OK 73070** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Banking services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Azox Inc** | ☐ Contingent | |
| | **PO Box 745136** | ☐ Unliquidated | |
| | **Atlanta, GA 30374** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|
| | **City of Conway** | ☐ Contingent | |
| | **1111 Main Street** | ☐ Unliquidated | |
| | **Conway, AR 72032** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **US Compounding, Inc.** | Case number (if known) | **24-10158-MFW** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,000.00 |
|---|---|---|---|

**Definitive Healthcare LLC**
**550 Cochituate Road Unit 4**
**Framingham, MA 01701**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Pharmaceutical Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.00 |
|---|---|---|---|

**Florida Deptartment of Revenue**
**1415 W US Highway 90**
**Lake City, FL 32055-6156**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,258.00 |
|---|---|---|---|

**InCorp Services Inc.**
**3773 Howard Hughes Parkway**
**Las Vegas, NV 89169**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Registration Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.70 |
|---|---|---|---|

**Indiana Department of Revenue**
**100 N Senate Ave**
**Indianapolis, IN 46204**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,263.88 |
|---|---|---|---|

**Iron Mountain Inc.**
**PO BOX 915004**
**Dallas, TX 75391-5004**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Misc. Office Services - file storage**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.17 |
|---|---|---|---|

**Kentucky State Treasurer**
**Kentucky Department of Revenue**
**Frankfort, KY 40620-0021**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $188.89 |
|---|---|---|---|

**Oberheiden P.C.**
**440 Louisiana St**
**Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **US Compounding, Inc.** | Case number (if known) | **24-10158-MFW** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Office of the United States Attorney**
**District of DE / Attn: David C. Weiss**
**Hercules BLDG / 1313 N Market ST**
**PO Box 2046**
**Wilmington, DE 19801**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,194.70** |
|---|---|---|---|

**Ohio Treasurer of State**
**James A. Rhodes State Office Tower · 30**
**Columbus, OH 43215**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$364.31** |
|---|---|---|---|

**Outdoor World, Inc.**
**11 Beaverfork Road**
**Conway, AR 72032**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Misc. Office Services - Groundskeeping**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$175.40** |
|---|---|---|---|

**RingCentral**
**999 Baker Way, 5th Floor**
**San Mateo, CA 94404**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **IT Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$665.52** |
|---|---|---|---|

**South Carolina Department Of Revenue**
**300A Outlet Pointe Boulevard**
**Columbia, SC 29210**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$64.00** |
|---|---|---|---|

**Stericycle Environmental Solutions, Inc.**
**29338 Network Place**
**Chicago, IL 60673-1293**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Pharmaceutical Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,545.09** |
|---|---|---|---|

**Texas Comptroller of Public Accounts**
**12345 N Lamar Blvd Suite 175**
**Austin, TX 78753**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **US Compounding, Inc.** | Case number (if known) | **24-10158-MFW** |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,383.16 |
|---|---|---|---|

**The Pitney Bowes Bank Inc.**
**PO Box 371874**
**Pittsburgh, PA 15250-7874**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ＿

Basis for the claim: ＿

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Office of the United States Trustee**<br>**District of DE / Attn: Timothy J. Fox**<br>**844 King Street, Suite 220**<br>**Room 2207**<br>**Wilmington, DE 19801** | Line **3.12**<br><br>☐ Not listed. Explain ＿＿＿ | ＿ |
| 4.2 | **U.S. Department of Justice**<br>**Attorney General Merrick Garland**<br>**950 Pennsylvania Avenue, NW**<br>**Washington, DC 20530-0001** | Line **3.12**<br><br>☐ Not listed. Explain ＿＿＿ | ＿ |
| 4.3 | **United States Attorney's Office**<br>**Southern District of New York**<br>**Attn: Damian Williams**<br>**One St. Andrew's Plaza**<br>**New York, NY 10007** | Line **3.12**<br><br>☐ Not listed. Explain ＿＿＿ | ＿ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 109,500.51 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 109,500.51 |

**Fill in this information to identify the case:**

Debtor name    **US Compounding, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **24-10158-MFW**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Cloud-based e-commerce provider** | |
| | State the term remaining | | **Azox Inc** |
| | List the contract number of any government contract | | **PO Box 745136** |
| | | | **Atlanta, GA 30374** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Software vendor** | |
| | State the term remaining | | **CDW LLC** |
| | List the contract number of any government contract | | **200 N Milwaukee Avenue** |
| | | | **Vernon Hills, IL 60061** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Utilities for Arkansas facility** | |
| | State the term remaining | | **CenterPoint Energy** |
| | List the contract number of any government contract | | **PO Box 4583** |
| | | | **Houston, TX 77210-4583** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lab products vendor - included in abundance of caution as purchases may have been made without a contract.** | |
| | State the term remaining | | **Cole-Parmer Instrument Company LLC** |
| | List the contract number of any government contract | | **13927 Collections Center Drive** |
| | | | **Chicago, IL 60693-0139** |

Debtor 1    **US Compounding, Inc.**

First Name    Middle Name    Last Name

Case number (*if known*)    **24-10158-MFW**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Internet services** | |
|---|---|---|---|
| | State the term remaining | | **Conway Corporation**<br>**PO Box 99**<br>**Conway, AR 72033** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Leased (31) Lexmark Printers (7) Lexmark Copiers** | |
|---|---|---|---|
| | State the term remaining | **Terminated pre-petition** | **Datamax Inc.**<br>**2145 Hampton AVE**<br>**Saint Louis, MO 63139** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Medical market research provider and lead identification.** | |
|---|---|---|---|
| | State the term remaining | | **Definitive Healthcare LLC**<br>**550 Cochituate Road Unit 4**<br>**Framingham, MA 01701** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Registered agent services.** | |
|---|---|---|---|
| | State the term remaining | | **InCorp Services Inc.**<br>**3773 Howard Hughes Parkway**<br>**Las Vegas, NV 89169** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **File storage services.** | |
|---|---|---|---|
| | State the term remaining | | **Iron Mountain Inc.**<br>**PO BOX 915004**<br>**Dallas, TX 75391-5004** |
| | List the contract number of any government contract | | |

Debtor 1  **US Compounding, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*  **24-10158-MFW**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Misc. Office Services - Groundskeeping** | |
|---|---|---|---|
| | State the term remaining | | **Outdoor World, Inc.** |
| | List the contract number of any government contract | | **11 Beaverfork Road** **Conway, AR 72032** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier of pharmacy chemicals, pharmacy equipment, and pharmacy compounding education.** | |
|---|---|---|---|
| | State the term remaining | | **PCCA** |
| | List the contract number of any government contract | | **P.O. Box 734687** **Dallas, TX 75373-4687** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Communications services.** | |
|---|---|---|---|
| | State the term remaining | | **RingCentral** |
| | List the contract number of any government contract | | **999 Baker Way, 5th Floor** **San Mateo, CA 94404** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Medical waste destruction services.** | |
|---|---|---|---|
| | State the term remaining | | **Stericycle Environmental Solutions, Inc.** |
| | List the contract number of any government contract | | **29338 Network Place** **Chicago, IL 60673-1293** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Sterilization solutions for medical devices** | |
|---|---|---|---|
| | State the term remaining | | **Sterigenics** |
| | List the contract number of any government contract | | **P.O. Box 93178** **Chicago, IL 60673-3178** |

Debtor 1  **US Compounding, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*  **24-10158-MFW**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Postage services.** | |
|---|---|---|---|
| | State the term remaining | **Terminated pre-petition** | **The Pitney Bowes Bank Inc.**<br>**PO Box 371874**<br>**Pittsburgh, PA 15250-7874** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  **US Compounding, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **24-10158-MFW**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                     Column 2: **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | | | _____ | ☐ D |
| | | Street _____ | | | ☐ E/F |
| | | _____ | | | ☐ G |
| | | City _____ State _____ Zip Code _____ | | | |
| 2.2 | _____ | | | _____ | ☐ D |
| | | Street _____ | | | ☐ E/F |
| | | _____ | | | ☐ G |
| | | City _____ State _____ Zip Code _____ | | | |
| 2.3 | _____ | | | _____ | ☐ D |
| | | Street _____ | | | ☐ E/F |
| | | _____ | | | ☐ G |
| | | City _____ State _____ Zip Code _____ | | | |
| 2.4 | _____ | | | _____ | ☐ D |
| | | Street _____ | | | ☐ E/F |
| | | _____ | | | ☐ G |
| | | City _____ State _____ Zip Code _____ | | | |

**Fill in this information to identify the case:**

Debtor name    **US Compounding, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **24-10158-MFW**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | **Retention credit (ERTC)** | **$875,307.00** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | **Insurance proceeds** | **$600,000.00** |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

| Debtor | US Compounding, Inc. | Case number *(if known)* | 24-10158-MFW |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | The Harvard Drug Group, LLC, et al v. US Compounding Inc. 23CV-21-2 | OM-CIVIL | Faulkner County, AR Faulkner County Circuit Clerk PO Box 9 Conway, AR 72033 | ☐ Pending ☐ On appeal ■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None*    *At present, the Debtor is uncertain whether or not the files and documents presently located in secure storage contain any personally identifiable information in connection with the companies past operations. However, files are secure and accessible only to the Debtor's authorized representatives.

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

| Debtor | **US Compounding, Inc.** | Case number *(if known)* | **24-10158-MFW** |

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1270 Dons Lane Conway, AR 72032** | **2016-2023** |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    **US Compounding, Inc.**                              Case number *(if known)*  **24-10158-MFW**

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Arvest (formerly Bear State)** | **XXXX-8710** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$0.00** |
| 18.2. | **Arvest (formerly Bear State)** | **XXXX-4191** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$0.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor    **US Compounding, Inc.**                                              Case number *(if known)*  **24-10158-MFW**

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Iron Mountain Inc.**<br>**PO BOX 915004**<br>**Dallas, TX 75391-5004** | **Stephen Dennis Geddie**<br>**ADDRESS ON FILE** | **USC file storage** | ☐ No<br>■ Yes |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Debtor    **US Compounding, Inc.** _____    Case number *(if known)* **24-10158-MFW** _____

| Business name address | Describe the nature of the business | Employer Identification number |
| --- | --- | --- |
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
| --- | --- | --- |
| 26a.1. | **Seth A. Cohen, CFO of parent company** <br> **ADDRESS ON FILE** | **10/2023-present** |
| 26a.2. | **Grace Mortera Reyes, Sr. Accountant of parent company** <br> **ADDRESS ON FILE** | |
| 26a.3. | **Julia Kane Morlock, Sr. Fin. Analyst of parent company** <br> **ADDRESS ON FILE** | |
| 26a.4. | **Ross Hendler, Staff Accountant of parent company** <br> **ADDRESS ON FILE** | |
| 26a.5. | **David Marguglio, Former CFO** | **04/2009-05/2022** |
| 26a.6. | **David Benedicto, Former CFO of parent company** <br> **11737 Kismet Rd.** <br> **San Diego, CA 92128** | **08/2021-07/2023** |
| 26a.7. | **Ronald Moss, CMO of parent company** <br> **ADDRESS ON FILE** | **12/2014-07/2023** |
| 26a.8. | **Mariam Demian, Former Accounting Mgr. of parent company** | |
| 26a.9. | **Jennifer Brandt, Former Administrator/Ex of parent company** <br> **ADDRESS ON FILE** | |
| 26a.10. | **Nina Isabella Clark, Former (Role unknown)** | |
| 26a.11. | **Farnaz Khodadadi, Former (Role unknown)** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
| --- | --- | --- |
| 26b.1. | **BDO USA, LLP** <br> **PO Box 677973** <br> **Dallas, Texas 75267-7973** | |

| | Name and address | Date of service From-To |
| --- | --- | --- |
| 26b.2. | **KYJ, LLP** <br> **2020 Camino Del Rio N.** <br> **San Diego, CA 92108** | |

| Debtor | **US Compounding, Inc.** | Case number *(if known)* **24-10158-MFW** |
|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26b.3. | **Employment Contractor Services, Inc. (Marie Lalas)** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.4. | **DLA LLC 55 Lane Road Fairfield, NJ 07004** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **BDO USA, LLP PO Box 677973 Dallas, Texas 75267-7973** | |
| 26c.2. | **KYJ, LLP 2020 Camino Del Rio N. San Diego, CA 92108** | |
| 26c.3. | **Employment Contractor Services, Inc. (Marie Lalas)** | |
| 26c.4. | **DLA LLC 55 Lane Road Fairfield, NJ 07004** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ebrahim "Eboo" Versi | ADDRESS ON FILE | CEO of parent company | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Seth A. Cohen | ADDRESS ON FILE | CFO of parent company | 0% |

Debtor    **US Compounding, Inc.**                                    Case number *(if known)*  **24-10158-MFW**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Dorbin, Jr. | ADDRESS ON FILE | General Counsel of parent company | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jannine Versi | ADDRESS ON FILE | Board member of parent company | less than 1% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Howard C. Birndorf | ADDRESS ON FILE | Board member of parent company | less than 1% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Meera J. Desai, PH.D., NACD.DC | ADDRESS ON FILE | Board member of parent company | less than 1% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Vickie S. Reed | ADDRESS ON FILE | Board member of parent company | less than 1% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☑ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☑ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☐ No
- ☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Yes, debtor is part of a group** | EIN:    **82-0429727** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Debtor | US Compounding, Inc. | Case number *(if known)* | 24-10158-MFW |
|---|---|---|---|

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____March 1, 2024_____

_/s/ Seth A. Cohen_____      **Seth  A. Cohen**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **Designated Person** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **US Compounding, Inc.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number | **24-10158-MFW** |
| (if known) | |

☐ Check if this is an
amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

|  |  | Unsecured claim |
|---|---|---|

**1**  Arkansas River Valley Heating and Air, I
707 E 4th St.
Russellville, AR 72801

What is the nature of the claim? _____   $589.27

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:      - _____
      Unsecured claim         _____

Contact _____

Contact phone _____

**2**  Arvest Credit Cards
PO Box 6139
Norman, OK 73070

What is the nature of the claim?   **Banking services**   $92.42

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:      - _____

Contact _____

Debtor 1    **US Compounding, Inc.**                                    Case number *(if known)*    **24-10158-MFW**

Contact phone                                    Unsecured claim

---

| 3 | | | |
|---|---|---|---|

**City of Conway**
**1111 Main Street**
**Conway, AR 72032**

What is the nature of the claim?                                    $150.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

Contact

■ No
☐ Yes. Total claim (secured and unsecured)
          Value of security:                    -
          Unsecured claim

Contact phone

---

| 4 | | | |
|---|---|---|---|

**Datamax Inc.**
**2145 Hampton AVE**
**Saint Louis, MO 63139**

What is the nature of the claim?    **Leased (31) Lexmark**    **Unknown**
**Printers (7) Lexmark**
**Copiers (Debtor is not**
**in possession of the**
**property, Creditor**
**retrieved all collateral**
**subject to lien)**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☐ No
■ Yes. Total claim (secured and unsecured)    **Unknown**
Contact          Value of security:                    -    **Unknown**
          Unsecured claim                    **Unknown**

Contact phone

---

| 5 | | | |
|---|---|---|---|

**Definitive Healthcare LLC**
**550 Cochituate Road Unit 4**
**Framingham, MA 01701**

What is the nature of the claim?    **Pharmaceutical**    $66,000.00
**Services**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
Contact          Value of security:                    -
          Unsecured claim

Contact phone

---

| 6 | | | |
|---|---|---|---|

What is the nature of the claim?                                    $330.00

---

Debtor 1   **US Compounding, Inc.** _____   Case number *(if known)*   **24-10158-MFW**

---

**Florida Deptartment of Revenue**
**1415 W US Highway 90**
**Lake City, FL 32055-6156**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: _____
  - Unsecured claim: _____

_____

Contact

_____

Contact phone

---

**7**

**InCorp Services Inc.**
**3773 Howard Hughes Parkway**
**Las Vegas, NV 89169**

What is the nature of the claim?   **Registration Services**   **$1,258.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: _____
  - Unsecured claim: _____

_____

Contact

_____

Contact phone

---

**8**

**Indiana Department of Revenue**
**100 N Senate Ave**
**Indianapolis, IN 46204**

What is the nature of the claim?   **$120.70**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: _____
  - Unsecured claim: _____

_____

Contact

_____

Contact phone

---

**9**

**Iron Mountain Inc.**
**PO BOX 915004**
**Dallas, TX 75391-5004**

What is the nature of the claim?   **Misc. Office Services - file storage**   **$10,263.88**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No

---

Debtor 1  **US Compounding, Inc.** _____  Case number *(if known)*  **24-10158-MFW**

Contact _____

Contact phone _____

☐ Yes. Total claim (secured and unsecured)  _____
Value of security:  - _____
Unsecured claim  _____

---

| 10 | | |
|---|---|---|

**Kentucky State Treasurer
Kentucky Department of Revenue
Frankfort, KY 40620-0021**

What is the nature of the claim? _____  **$115.17**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  _____

Contact _____

Value of security:  - _____

Contact phone _____

Unsecured claim  _____

---

| 11 | | |
|---|---|---|

**Oberheiden P.C.
440 Louisiana St
Houston, TX 77002**

What is the nature of the claim?  **Legal Services**  **$188.89**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  _____

Contact _____

Value of security:  - _____

Contact phone _____

Unsecured claim  _____

---

| 12 | | |
|---|---|---|

**Office of the United States Attorney
District of DE / Attn: David C. Weiss
Hercules BLDG / 1313 N Market ST
PO Box 2046
Wilmington, DE 19801**

What is the nature of the claim? _____  **$0.00**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

_____

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  _____

Contact _____

Value of security:  - _____

Contact phone _____

Unsecured claim  _____

---

| 13 | | |
|---|---|---|

**Ohio Treasurer of State
James A. Rhodes State Office Tower · 30
Columbus, OH 43215**

What is the nature of the claim? _____  **$3,194.70**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated

---

Debtor 1  **US Compounding, Inc.**                          Case number *(if known)*  **24-10158-MFW**

■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                                        -  _____
   Unsecured claim                                              _____

Contact

Contact phone

---

| 14 | | | |
|---|---|---|---|

**Outdoor World, Inc.**
**11 Beaverfork Road**
**Conway, AR 72032**

**What is the nature of the claim?**   **Misc. Office Services - Groundskeeping**   $364.31

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                                        -  _____
   Unsecured claim                                              _____

Contact

Contact phone

---

| 15 | | | |
|---|---|---|---|

**RingCentral**
**999 Baker Way, 5th Floor**
**San Mateo, CA 94404**

**What is the nature of the claim?**   **IT Services**   $175.40

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                                        -  _____
   Unsecured claim                                              _____

Contact

Contact phone

---

| 16 | | | |
|---|---|---|---|

**South Carolina Department Of Revenue**
**300A Outlet Pointe Boulevard**
**Columbia, SC 29210**

**What is the nature of the claim?**   _____   $665.52

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                                        -  _____
   Unsecured claim                                              _____

Contact

Contact phone

---

Debtor 1    **US Compounding, Inc.**                              Case number *(if known)*    **24-10158-MFW**

---

**17**

**Stericycle Environmental Solutions, Inc.**
**29338 Network Place**
**Chicago, IL 60673-1293**

What is the nature of the claim?    **Pharmaceutical Services**    $64.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
    - Value of security:    - _____
    - Unsecured claim    _____

Contact
_____
Contact phone

---

**18**

**Texas Comptroller of Public Accounts**
**12345 N Lamar Blvd Suite 175**
**Austin, TX 78753**

What is the nature of the claim?    _____    $4,545.09

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
    - Value of security:    - _____
    - Unsecured claim    _____

Contact
_____
Contact phone

---

**19**

**The Pitney Bowes Bank Inc.**
**PO Box 371874**
**Pittsburgh, PA 15250-7874**

What is the nature of the claim?    _____    $21,383.16

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
    - Value of security:    - _____
    - Unsecured claim    _____

Contact
_____
Contact phone

---

| Part 2: | Sign Below |

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

x   */s/ Seth Cohen*                                    x   _____
   **Seth Cohen**                                           Signature of Debtor 2
   Signature of Debtor 1

   Date   March 1, 2024                                    Date   _____

Debtor 1    **US Compounding, Inc.**                          Case number *(if known)*    **24-10158-MFW**