**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DMK PHARMACEUTICALS CORP., *et al.*,[1] | Case No. 24-10153 (MFW) (Jointly Administered) |
| Debtors. | |

**NOTICE OF AGENDA FOR VIDEO HEARING SCHEDULED FOR**
**APRIL 9, 2024 AT 10:30 A.M (ET)**
**BEFORE THE HONORABLE MARY F. WALRATH**

> **THE HEARING WILL BE CONDUCTED ENTIRELY OVER ZOOM**
> **AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**
>
> **TO ATTEND THE HEARING REMOTELY,**
> **PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL**
> **ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV**
> **OR CLICK THE BELOW LINK:**
> **https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl**
>
> **AFTER REGISTERING YOUR APPEARANCE,**
> **YOU WILL RECEIVE A CONFIRMATION EMAIL**
> **CONTAINING INFORMATION ABOUT JOINING THE HEARING.**
>
> **PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING**
> **NO LATER THAN 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING.**
>
> **YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM**
> **OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**RESOLVED MATTERS**

1. Motion For An Interim And Final Order (I) Authorizing Debtors To (A) Continue And Maintain The Existing Bank Account And (B) Continue Use Of Existing Checks; And (II)

---

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of their federal tax identification numbers, are: (i) DMK Pharmaceuticals Corporation ("DMK") (9727) (ii) Adamis Corporation ("Adamis") (4912); (iii) Adamis Pharmaceuticals Corporation ("Adamis Pharma") (9663); (iv) Biosyn, Inc. ("Biosyn") (4982); (v) Rhombus Pharmaceuticals Corporation ("Rhombus") (6127); and (vi) US Compounding, Inc. ("USC") (7460) (collectively referred to as the "Debtors"). The Debtors' mailing address is: 50 Division Street, Suite 501, Somerville, NJ 08876, with copies to Nelson Mullins Riley & Scarborough LLP, Attn: Lee Hart, Atlantic Station, Suite 1700, 201 17th Street NW, Atlanta, GA 30363; and Gellert Scali Busenkell & Brown LLC, Attn: Michael Busenkell, 1201 N. Orange Street, Suite 300, Wilmington, DE 19801.

Granting Related Relief [D.I. 123; Filed March 7, 2024].

Response Deadline:  March 25, 2024 at 4:00 p.m. (ET)

Responses Received:  Informal comments from Bank of America.

Related Documents:

A. Motion to Shorten Notice Regarding Motion for an Interim and Final Order (I) Authorizing Debtors to (A) Continue and Maintain the Existing Bank Account, and (B) Continue Use of Existing Checks; and (II) Granting Related Relief [D.I. 124; Filed March 7, 2024].

B. [Signed] Order Granting Motion of the Debtors for Shortened Notice and Expedited Consideration of Motion for an Interim and Final Order (I) Authorizing Debtors to (A) Continue and Maintain the Existing Bank Account and (B) Continue Use of Existing Checks; and (III) Granting Related Relief [D.I. 125; Entered March 7, 2024].

C. Notice of Hearing on Motion For An Interim And Final Order (I) Authorizing Debtors To (A) Continue And Maintain The Existing Bank Account And (B) Continue Use Of Existing Checks; And (II) Granting Related Relief [D.I. 126; Filed March 7, 2024].

D. Notice of Agenda Regarding Interim Hearing on March 11, 2024 at 11:00 a.m. (ET) [D.I. 127; Filed March 7, 2024].

E. Certification of Counsel Regarding Motion For An Interim And Final Order (I) Authorizing Debtors To (A) Continue And Maintain The Existing Bank Account And (B) Continue Use Of Existing Checks; And (II) Granting Related Relief [D.I. 133; Filed March 8, 2024].

F. Notice of Revised Interim Order Regarding Motion For An Interim And Final Order (I) Authorizing Debtors To (A) Continue And Maintain The Existing Bank Account And (B) Continue Use Of Existing Checks; And (II) Granting Related Relief [D.I. 140; Filed March 11, 2024].

G. Notice of Second Revised Interim Order Regarding Motion For An Interim And Final Order (I) Authorizing Debtors To (A) Continue And Maintain The Existing Bank Account And (B) Continue Use Of Existing Checks; And (II) Granting Related Relief [D.I. 142; Filed March 11, 2024].

H. [Signed] Order (INTERIM) (I) Authorizing Debtors To (A) Continue And Maintain The Existing Bank Account And (B) Continue Use Of Existing Checks; And (II) Granting Related Relief [D.I. 143; Entered on March 11, 2024].

I. Notice of Interim Bank Order and Final Hearing on Motion for an Interim and Final Order (I) Authorizing Debtors to Continue and Maintain Its Existing Bank Account;

      (II) Waiving the Requirements of 11 U.S.C. § 345(B); and (III) Granting Related Relief [D.I. 146; Filed March 11, 2024].

J. Certification of Counsel Regarding Motion For An Interim And Final Order (I) Authorizing Debtors To (A) Continue And Maintain The Existing Bank Account And (B) Continue Use Of Existing Checks; And (II) Granting Related Relief [D.I. 188; Filed March 26, 2024].

K. [Signed] Order (FINAL) (I) Authorizing Debtors' to (A) Continue and Maintain the Existing Bank Account and (B) Continue Use of Existing Checks; and (II) Granting Related Relief [D.I. 189; Entered March 27, 2024].

Status: The Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

2. Debtors' Motion For Entry Of An Order (I) Establishing Certain Bar Dates For Filing Proofs Of Claim Against The Debtors, And (II) Granting Related Relief, Including Notice And Filing Procedures [D.I. 121; Filed March 6, 2024].

Response Deadline: March 20, 2024 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

A. Certification of Counsel Regarding Debtors' Motion For Entry Of An Order (I) Establishing Certain Bar Dates For Filing Proofs Of Claim Against The Debtors, And (II) Granting Related Relief, Including Notice And Filing Procedures [D.I. 166; Filed March 21, 2024].

B. [Signed] Order (A) Establishing Bar Dates for Filing Proofs of Claim, (B) Approving the Form and Manner for Filing Proofs of Claim and (C) Approving Notice Thereof [D.I. 176; Entered March 22, 2024].

C. Notice of Bar Dates for Filing Proofs of Claim Against the Debtors [D.I. 179; Filed March 22, 2024].

D. Certificate of Service Regarding Notice of Bar Dates for Filing Proofs of Claim Against the Debtors [D.I. 196; Filed March 28, 2024].

Status: The Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

3. Application for an Order Authorizing and Approving the Employment of Porzio, Bromberg & Newman, P.C. as Counsel to the Official Committee of Unsecured Creditors, Nunc Pro Tunc to February 23, 2024 ( [D.I. 131; Filed March 8, 2024].

    Response Deadline:  March 22, 2024 at 4:00 p.m. (ET)

    Responses Received:  Informal comments from the United States Trustee.

    Related Documents:

    A. Certification of Counsel Regarding Order Authorizing and Approving the Employment of Porzio, Bromberg & Newman, P.C. as Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc to February 23, 2024 [D.I. 183; Filed March 25, 2024].

    B. [Signed] Order Granting Application Authorizing and Approving the Employment of Porzio, Bromberg & Newman, P.C. as Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc to February 23, 2024 [D.I. 185; Entered March 26, 2024].

    Status: The Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

4. Application/Motion to Employ/Retain Dundon Advisers LLC as Financial Advisor to the Official Committee of Unsecured Creditors Filed by Official Committee of Unsecured Creditors [D.I. 162; Filed March 15, 2024].

    Response Deadline:  March 29, 2024 at 4:00 p.m. (ET)

    Responses Received: Informal comments from the United States Trustee.

    Related Documents:

    A. Supplemental Declaration in Support of Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment of Dundon Advisers LLC as Financial Advisor Effective as of March 6, 2024 [D.I. 192; Filed March 28, 2024].

    B. Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment of Dundon Advisors LLC as Financial Advisor Effective as of March 6, 2024 [D.I. 208; Filed April 2, 2024].

    C. [Signed] Order Authorizing the Employment of Dundon Advisers LLC as Financial Advisor Effective as of March 6, 2024 [D.I. 210; Entered April 2, 2024].

> Status: The Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

5. Debtors' First Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases Nunc Pro Tunc to the Petition Date [D.I. 164; Filed March 18, 2024].

    Response Deadline: April 1, 2024 at 4:00 p.m. (ET)

    Responses Received: None.

    Related Documents:

    A. Certificate of No Objection Regarding Debtors' First Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases Nunc Pro Tunc to the Petition Date [D.I. 212; Filed April 2, 2024].

    B. [Signed] Order Authorizing the Debtors to Reject Certain Executory Contracts Nunc Pro Tunc to the Petition Date [D.I. 219; Entered April 3, 2024].

    Status: The Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

**CONTESTED MATTER**

6. Debtors' Motion to Enforce the Automatic Stay [D.I. 186; Filed March 26, 2024].

    Response Deadline: April 2, 2024 at 4:00 p.m. (ET)

    Responses Received:

    A. Jerald Hammann's Response to Debtors' Motion to Enforce the Automatic Stay [D.I. 209; Filed April 2, 2024].

    Related Documents:

    B. Debtors' Reply in Further Support of Motion to Enforce the Automatic Stay [D.I. 227; Filed April 4, 2024].

    Status: This matter will go forward.

Dated: April 5, 2024  GELLERT SCALI BUSENKELL & BROWN LLC
Wilmington, Delaware

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5812
Facsimile: (302) 425-5814
E-mail: mbusenkell@gsbblaw.com

- and -

Lee B. Hart (*Admitted Pro Hac Vice*)
Adam D. Herring (*Admitted Pro Hac Vice*)
NELSON, MULLINS, RILEY & SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050
E-mail: lee.hart@nelsonmullins.com
       adam.herring@nelsonmullins.com

- and -

Dylan G. Trache (*Admitted Pro Hac Vice*)
NELSON, MULLINS, RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
E-mail: dylan.trache@nelsonmullins.com

- and -

Rachel A. Sternlieb (*Admitted Pro Hac Vice*)
NELSON, MULLINS, RILEY & SCARBOROUGH LLP
1400 Wewatta Street, Suite 500
Denver, CO 80202
Telephone: (303) 853-9900
Facsimile: (303) 583-9999
E-mail: rachel.sternlieb@nelsonmullins.com

***Counsel to the Debtors***