DMK Pharmaceuticals 24-10153
April 9, 2024 at 10:30 AM

| First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|
| Rick | Archer | | Law360 | 24-10153-MFW | Audio Only |
| Brian | Ayers | Rock Creek Advisors, LLC | Rock Creek Financial Advisors to Debtors, DMK | 24-10153-MFW | Video and Audio |
| Michael | Busenkell | Gellert Scali Busenkell & Brown, LLC | Debtors, DMK Pharmaceuticals, et al | 24-10153-MFW | Audio Only |
| Seth | Cohen | DMK Pharmaceuticals | Debtors/DMK Pharmaceuticals et al | 24-10153-MFW | Video and Audio |
| Patrick | Donnelly | Rock Creek Advisors, LLC | Rock Creek for Debtors DMK et al | 24-10153-MFW | Video and Audio |
| John | Dorbin | DMK Pharmaceuticals | Debtors/DMK Pharmaceuticals et al | 24-10153-MFW | Video and Audio |
| Timothy | Fox | Office of the United States Trustee | U.S. Trustee | 24-10153-MFW | Video and Audio |
| James | Gansman | Rock Creek Advisors, LLC | Debtor | 24-10153-MFW | Video and Audio |
| Jim | Gansman | Rock Creek Advisors, LLC | Rock Creek for Debtors DMK et al | 24-10153-MFW | Video and Audio |
| Clara | Geoghegan | Law360 | | 24-10153-MFW | Audio Only |
| Taylor | Harrison | | | 24-10153-MFW | Audio Only |
| Lee | Hart | Nelson Mullins Riley & Scarborough LLP | DMK Pharmaceuticals | 24-10153-MFW | Video and Audio |
| Greg | Hill | Dundon Advisers | UCC | 24-10153-MFW | Video and Audio |
| George | Howard | Vinson & Elkins LLP | | 24-10153-MFW | Video and Audio |
| Josh | Nahas | | UCC | 24-10153-MFW | Video and Audio |
| Cheryl | Santaniello | Porzio, Bromberg & Newman, P.C. | Official Committee of Unsecured Creditors | 24-10153-MFW | Video and Audio |
| Rachel | Sternlieb | Nelson Mullins Riley & Scarborough LLP | Debtors/DMK Pharmaceuticals et al | 24-10153-MFW | Video and Audio |
| Vince | Sullivan | Law360 | | 24-10153-MFW | Audio Only |
| Dylan | Trache | Nelson Mullins Riley & Scarborough LLP | Debtors/ DMK Pharmaceuticals et al | 24-10153-MFW | Video and Audio |
| Eboo | Versi | DMK Pharmaceuticals | Debtors/DMK Pharmceuticals | 24-10153-MFW | Video and Audio |