**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DMK PHARMACEUTICALS CORP., *et al.*, [1] | Case No. 24-10153 (MFW)<br>(Jointly Administered) |
| Debtors. | Related to Docket No. 186 |

**CERTIFICATION OF COUNSEL REGARDING**
**DEBTORS' MOTION TO ENFORCE THE AUTOMATIC STAY**

I, Michael Busenkell, Esq., of Gellert Scali Busenkell & Brown, LLC, Delaware bankruptcy counsel to DMK Pharmaceuticals Corp. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, hereby certify as follows:

1.      On March 26, 2024, the Debtors filed the *Debtors' Motion to Enforce the Automatic Stay* (the "Motion") [Docket No. 186] with the United States Bankruptcy Court for the District of Delaware (the "Court"). Pursuant to the notice filed with the Motion, objections to the Motion were to be filed no later than April 2, 2024 at 4:00 p.m. (ET) (the "Objection Deadline") and scheduling the Motion to be heard before the Court on April 9, 2024 at 10:30 a.m. (ET) (the "Hearing").

2.      Prior to the Objection deadline, Jerald Hammann filed his Response to Debtors' Motion to Enforce the Automatic Stay [Docket No. 209; Filed April 2, 2024].

---

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of their federal tax identification numbers, are: (i) DMK Pharmaceuticals Corporation ("DMK") (9727) (ii) Adamis Corporation ("Adamis") (4912); (iii) Adamis Pharmaceuticals Corporation ("Adamis Pharma") (9663); (iv) Biosyn, Inc. ("Biosyn") (4982); (v) Rhombus Pharmaceuticals Corp. ("Rhombus") (6127); and (vi) US Compounding, Inc. ("USC") (7460) (collectively referred to as the "Debtors"). The Debtors' mailing address is: 50 Division Street, Suite 501, Somerville, NJ 08876, , with copies to Nelson Mullins Riley & Scarborough LLP, Attn: Lee Hart, Atlantic Station, Suite 1700, 201 17th Street NW, Atlanta, GA 30363; and Gellert Scali Busenkell & Brown LLC, Attn: Michael Busenkell, 1201 N. Orange Street, Suite 300, Wilmington, DE 19801.

3.      On April 4, 2024, the Debtors filed its Reply in Further Support of Motion to Enforce the Automatic Stay [Docket No. 227].

4.      On April 9, 2024, the Motion was heard before the Honorable Mary F. Walrath (the "Hearing").

5.      At the Hearing, the Court denied the Debtors' Motion.

6.      Attached hereto as Exhibit A is a revised proposed order (the "Revised Proposed Order") denying the Debtors' Motion to Enforce the Automatic Stay.

WHEREFORE,  the Debtors respectfully request that the Court enter the Revised Proposed Order without further notice or hearing at the Court's earliest convenience.

*(Signature Page to Follow)*

Dated:  April 9, 2024                      GELLERT SCALI BUSENKELL & BROWN LLC
         Wilmington, Delaware

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5812
Facsimile:  (302) 425-5814
E-mail: mbusenkell@gsbblaw.com

- and -

Lee B. Hart (*admitted pro hac vice*)
Adam D. Herring (*admitted pro hac vice*)
NELSON, MULLINS, RILEY & SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
E-mail:  lee.hart@nelsonmullins.com
       adam.herring@nelsonmullins.com
- and -

Dylan G. Trache *(admitted pro hac vice)*
NELSON, MULLINS, RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone: (202) 689-2800
E-mail:  dylan.trache@nelsonmullins.com

- and -

Rachel A. Sternlieb (*admitted pro hac vice*)
NELSON, MULLINS, RILEY & SCARBOROUGH LLP
1400 Wewatta Street, Suite 500
Denver, CO 80202
Telephone: (303) 853-9900
E-mail: rachel.sternlieb@nelsonmullins.com

***Counsel to the Debtors in Possession***