**EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DMK PHARMACEUTICALS CORP., *et al.,* | Case No. 24-10153 (MFW) <br> (Jointly Administered) |
| Debtors. | Related to Docket No. 186 |

## ORDER DENYING DEBTORS' MOTION TO ENFORCE THE AUTOMATIC STAY

Upon consideration of the *Debtors' Motion to Enforce the Automatic Stay* (the "Motion"),[1] filed by the above-captioned debtor and debtor in possession (the "Debtor"); the Court having reviewed the Motion and exhibits thereto, and having considered the statements of counsel and the evidence adduced with respect to the Motion at the hearing before the Court; the Court having determined that the Debtors have not established sufficient cause to grant the relief requested in the Motion.

IT IS HEREBY ORDERED THAT:

1. The Motion is DENIED.

2. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.