**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DMK PHARMACEUTICALS CORP., *et al.*,[1] | Case No. 24-10153 (MFW) (Jointly Administered) |
| Debtors. | |

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION OF DMK PHARMACEUTICALS CORPORATION, ADAMIS CORPORATION, ADAMIS PHARMACEUTICALS CORPORATION, BIOSYN, INC., RHOMBUS PHARMACEUTICALS CORPORATION, AND US COMPOUNDING, INC., AND (B) NOTICE OF OCCURRENCE OF THE EFFECTIVE DATE TO ALL CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST**

1. **Confirmation of the Plan.** On October 28, 2024, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered *Findings of Fact, Conclusions of Law, and Order Confirming First Amended Joint Plan of Liquidation of DMK Pharmaceuticals Corporation, Adamis Corporation, Adamis Pharmaceuticals Corporation, Biosyn, Inc., Rhombus Pharmaceuticals Corporation, and US Compounding, Inc.* (the "Confirmation Order") [D.I. 523] thereby confirming the *First Amended Joint Plan of Liquidation of DMK Pharmaceuticals Corporation, Adamis Corporation, Adamis Pharmaceuticals Corporation, Biosyn, Inc., Rhombus Pharmaceuticals Corporation, and US Compounding, Inc.* (as may be modified from time to time, the "Plan").[2]

2. **Effective Date**. The Effective Date of the Plan occurred on November 15, 2024 (the "Effective Date").

3. **Bar Date for Administrative Expense Claims**. Pursuant to Article IV of the Plan and Paragraph 56 of the Confirmation Order, all Persons seeking awards by the Bankruptcy Court of compensation for services rendered or reimbursement of expenses incurred through and including the Effective Date under sections 503 or 507 of the Bankruptcy Code ("Administrative Expense Claims") shall file with the Bankruptcy Court, **on or before 5:00 p.m. Eastern time December 16, 2024,** their respective applications for final allowances of compensation for

---

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of their federal tax identification numbers, are: (i) DMK Pharmaceuticals Corporation ("DMK") (9727) (ii) Adamis Corporation ("Adamis") (4912); (iii) Adamis Pharmaceuticals Corporation ("Adamis Pharma") (9663); (iv) Biosyn, Inc. ("Biosyn") (4982); (v) Rhombus Pharmaceuticals Corp. ("Rhombus") (6127); and (vi) US Compounding, Inc. ("USC") (7460) (collectively referred to as the "Debtors"). The Debtors' mailing address is: 50 Division Street, Suite 501, Somerville, NJ 08876, with copies to Nelson Mullins Riley & Scarborough LLP, Attn: Lee Hart, Atlantic Station, Suite 1700, 201 17th Street NW, Atlanta, GA 30363; and Gellert Seitz Busenkell & Brown LLC, Attn: Michael Busenkell, 1201 N. Orange Street, Suite 300, Wilmington, DE 19801.

[2] Capitalized terms used but not defined herein are defined in the Plan or the Confirmation Order, as applicable.

1

services rendered and reimbursement of expenses incurred. Administrative Expense Claims must also be served upon: (i) the Debtors, Attn: Seth A. Cohen (sethcohen@sethcfo.com) 50 Division Street, Suite 501, Somerville, NJ 08876; (ii) counsel to the Debtors (a) Gellert Seitz Busenkell & Brown LLC, Attn: Michael Busenkell, Esq. (mbusenkell@gsbblaw.com), 1201 North Orange Street, 3rd Floor, Wilmington, Delaware 19801, and (b) Dylan Trache, Esq. (dylan.trache@nelsonmullins.com), Nelson Mullins Riley Scarborough, LLP; (iii) the Liquidation Trustee, Brian R. Ryniker, RK Consultants, LLC (Brian@RKC.LLC), 1178 Broadway, New York, NY 10001, US and (iv) the United States Trustee, Attn: Timothy J. Fox (Timothy.Fox@usdoj.gov), Office of the U.S. Trustee, J. Caleb Boggs Federal Building, 844 King Street, Rm. 2207, Wilmington, DE 19801 and (v) all parties that have requested notice pursuant to Bankruptcy Rule 2002 (the "Notice Parties"), so as to be actually received **on or before December 16, 2024, at 5:00 p.m. (prevailing Eastern Time)**. Any such request must include, at a minimum, (i) the name of the applicable Debtor that is purported to be liable for the Administrative Expense Claim (ii) the name of the holder of the Administrative Expense Claim; (iii) the amount of the Administrative Expense Claim; (iv) the basis of the Administrative Expense Claim; and (v) supporting documentation for the Administrative Expense Claim.

4. **Bar Date for Fee Claims.** In accordance with Article IV of the Plan and paragraph 59 of the Confirmation Order, all final requests for payment of Fee Claims pursuant to sections 327, 328, 330, 331, 503(b) or 1103 of the Bankruptcy Code for services rendered with respect to these Chapter 11 Cases prior to the Effective Date (each a "Final Fee Application") shall be filed no later than **December 16, 2024 at 5:00 p.m. (prevailing Eastern Time)** and simultaneously noticed and served in accordance with the Bankruptcy Court's *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 107]. The Court has scheduled a hearing on all Final Fee Applications to occur on **January 14, 2025 at 10:30 a.m. (prevailing Eastern Time)**.

5. **Rejection Damages Claims Bar Date**. Claims arising out of the rejection of any executory contract or unexpired lease pursuant to Article XIII of the Plan must file a proof of claim substantially in the form approved herein [D.I. 176-1] with the Clerk of the Bankruptcy Court and serve a copy upon the Notice Parties **on or before 5:00 p.m. Eastern time December 16, 2024**. Any Rejection Damages Claim not filed and served as provided herein shall be forever barred and shall not be enforceable against any Person, including without limitation, the Debtors, the Liquidation Trust, or its respective successors and assignees.

6. **Cancellation of Equity Interests**. In accordance with Article VIII.L. of the Plan and paragraph 12 of the Confirmation Order, all Equity Interests in DMK have been cancelled as of the Effective Date.

7. **Retention of Jurisdiction by Bankruptcy Court**. Notwithstanding the entry of the Confirmation Order and the occurrence of the Effective Date, the Bankruptcy Court retained jurisdiction over the Chapter 11 Case after the Effective Date to the fullest extent legally permissible, including, without limitation, with respect to all matters specified in Article 6 of the Plan.

8. **Copies of the Confirmation Order and the Plan**. Copies of the Confirmation Order, the Plan, and the related documents are available free of charge by visiting the Case Website at: https://cases.creditorinfo.com/dmk/documents/docket, and (ii) on the Court's electronic docket of these chapter 11 cases at the address http://ecf.deb.uscourts.gov.

Dated: November 18, 2024
Wilmington, Delaware

GELLERT SEITZ BUSENKELL & BROWN LLC

/s/ Michael Busenkell
Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
E-mail: mbusenkell@gsbblaw.com

- and -

Lee B. Hart (*Admitted Pro Hac Vice*)
Adam D. Herring (*Admitted Pro Hac Vice*)
NELSON, MULLINS, RILEY & SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
E-mail: lee.hart@nelsonmullins.com
         adam.herring@nelsonmullins.com

- and -

Dylan G. Trache (*Admitted Pro Hac Vice*)
NELSON, MULLINS, RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone: (202) 689-2800
E-mail: dylan.trache@nelsonmullins.com

- and -

Rachel A. Sternlieb (*Admitted Pro Hac Vice*)
NELSON, MULLINS, RILEY & SCARBOROUGH LLP
1400 Wewatta Street, Suite 500
Denver, CO 80202
Telephone: (303) 853-9900
E-mail: rachel.sternlieb@nelsonmullins.com

***Counsel for the Debtors and Debtors-in-Possession***