UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF  DELAWARE

In re: US Compounding, Inc.  §  Case No. 24-10158
 §  Lead Case No. 24-10153
Debtor(s) §
 § ☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 03/31/2025   Petition Date: 02/02/2024

Plan Confirmed Date: 10/28/2024   Plan Effective Date: 11/15/2024

This Post-confirmation Report relates to:  ○ Reorganized Debtor
  ⦿ Other Authorized Party or Entity: DMK Pharma Liquidation Trust
   Name of Authorized Party or Entity

/s/ Brian K. Ryniker    Brian K. Ryniker, as Liquidation Trustee
Signature of Responsible Party   Printed Name of Responsible Party

04/24/2025
Date

1178 Broadway 3rd Floor 1505
New York, NY 10001
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name US Compounding, Inc.    Case No. 24-10158

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $0 | $0 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $0 | $0 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name US Compounding, Inc.                                    Case No. 24-10158

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name US Compounding, Inc.                                    Case No. 24-10158

|       |   |   |   |   |   |
|-------|---|---|---|---|---|
| lxxii |   |   |   |   |   |
| lxxiii |   |   |   |   |   |
| lxxiv |   |   |   |   |   |
| lxxv  |   |   |   |   |   |
| lxxvi |   |   |   |   |   |
| lxxvii |   |   |   |   |   |
| lxxviii |   |   |   |   |   |
| lxxix |   |   |   |   |   |
| lxxx  |   |   |   |   |   |
| lxxxi |   |   |   |   |   |
| lxxxii |   |   |   |   |   |
| lxxxiii |   |   |   |   |   |
| lxxxiv |   |   |   |   |   |
| lxxxv |   |   |   |   |   |
| lxxxvi |   |   |   |   |   |
| lxxxvi |   |   |   |   |   |
| lxxxvi |   |   |   |   |   |
| lxxxix |   |   |   |   |   |
| xc    |   |   |   |   |   |
| xci   |   |   |   |   |   |
| xcii  |   |   |   |   |   |
| xciii |   |   |   |   |   |
| xciv  |   |   |   |   |   |
| xcv   |   |   |   |   |   |
| xcvi  |   |   |   |   |   |
| xcvii |   |   |   |   |   |
| xcviii |   |   |   |   |   |
| xcix  |   |   |   |   |   |
| c     |   |   |   |   |   |
| ci    |   |   |   |   |   |

|   |   |   |   | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* |   |   |   |   |
|   | *Itemized Breakdown by Firm* | | | | | | |
|   |   | Firm Name | Role | | | | |
|   | i |   |   |   |   |   |   |
|   | ii |   |   |   |   |   |   |
|   | iii |   |   |   |   |   |   |
|   | iv |   |   |   |   |   |   |
|   | v |   |   |   |   |   |   |
|   | vi |   |   |   |   |   |   |

UST Form 11-PCR (12/01/2021)                                    4

Debtor's Name US Compounding, Inc.                                           Case No. 24-10158

| | | | | | | |
|---|---|---|---|---|---|---|
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

Debtor's Name US Compounding, Inc.                                    Case No. 24-10158

| | | | | | | |
|---|---|---|---|---|---|---|
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |

Debtor's Name US Compounding, Inc.                                          Case No. 24-10158

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                    Yes ⊙    No ○
   If yes, give date Final Decree was entered:           03/27/2025
   If no, give date when the application for Final Decree is anticipated:  _____
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⊙    No ○

Debtor's Name US Compounding, Inc.                                      Case No. 24-10158

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Brian K. Ryniker                                   Brian K. Ryniker, as Liquidation Trustee
Signature of Responsible Party                         Printed Name of Responsible Party

Liquidation Trustee                                    04/24/2025
Title                                                  Date

Debtor's Name US Compounding, Inc.　　　　　　　　　　　　　　　　　　　　　Case No. 24-10158


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

Debtor's Name US Compounding, Inc.                                                  Case No. 24-10158


Bankruptcy Table 51-100


Non-Bankruptcy Table 1-50


Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page

**In re:** DMK Pharmaceuticals Corporation (24-10153)

**Affiliated Cases:**
    Adamis Corporation (24-10154)
    Adamis Pharmaceuticals Corporation (24-10155)
    Biosyn, inc. (24-10156)
    Rhombus Pharmaceuticals Corporation (24-10157)
    US Compounding, Inc (24-10158)

**Lead Case No. 24-10153 (MFW)**

**Reporting Period: January 1, 2025 to March 31, 2025**
**Notes to the Post Confirmation Report**
**General Notes**

On February 2, 2024 (the "Petition Date"), DMK Pharmaceuticals Corporation, Adamis Corporation, Adamis Pharmaceuticals Corporation, Biosyn, Inc., Rhombus Pharmaceuticals Corporation, and US Compounding, Inc (together the "Debtors") filed for protection under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the District of Delaware (the "Bankruptcy Court").

The Debtors' First Amended Joint Chapter 11 Plan of Liquidation (the "Plan") was Confirmed on October 28, 2024. On November 15, 2024 the Plan became Effective ("Effective Date"). On Effective Date, Brian Ryniker of RK Consultants LLC became the Liquidation Trustee of the Liquidation Trust (the "Trust").

The Court has established the following key Bar Dates for filing of proofs of claim against the Debtors' estates:
- April 24, 2024 – General Claims Bar Date
- July 31, 2024 – Government Claims Bar Date
- December 16, 2024 – Administrative Expense Claims Bar Date

The claims detail, as noted in this post confirmation report, reflects a preliminary claims review and does not take into account any potential claim objections to be filed by the Liquidating Trustee in the future.

The attached Post-Confirmation Report was prepared using the best available information including, but not limited to, the Liquidation Trustee's bank statements, disbursement ledgers, and other available records obtained from the Debtors. All rights of the Liquidation Trustee and the Debtors are reserved in this regard.

There may also be various immaterial variances throughout the report mostly attributed to rounding.

**Case Update**

Upon Effective Date and the receipt of the funds from the Debtors, as contemplated in the Plan, the Liquidation Trustee set up the following accounts to manage funds:

1. Professional Account – Reserve account set aside for the payment of approved professional fees during the Chapter 11 cases. Approved professional fees exceeded the reserve created by approximately $10,000. All funds transferred into this account have been paid to professionals.
2. SAP – Reserve account set up for expected payments to holders of allowed Secured, Administrative and Priority claims in accordance with the Plan. Certain priority claims filed by tax jurisdictions

8106168

      indicate an unliquidated portion of the claim. As such, the Liquidating Trustee is working to complete the necessary returns prior to any distribution of funds.
3. Checking – remaining balance of cash received to administer the Liquidating Trust.

**Final Decree (five of the six debtors)**

On March 7, 2025, a motion for Final Decree was filed [Dkt #572] in connection with the five affiliated Debtors. Further, on March 27, 2025, the court entered an Order issuing a Final Decree [Dkt #599] for those cases. The cases indicated below are those included in Schedule 1 of the Order. US Trustee fees will appropriately be paid for Q1 2025 related to these cases. DMK Pharmaceutical Corp. (Case #24-10153) has been designated as the surviving case in this matter.

    **Closed Cases**
1. Adamis Corporation (24-10154)
2. Adamis Pharmaceuticals Corporation (24-10155)
3. Biosyn, inc. (24-10156)
4. Rhombus Pharmaceuticals Corporation (24-10157)
**5.** US Compounding, Inc (24-10158)

The Liquidation Trustee, along with his professionals, are reviewing the proofs of claim filed against the Debtors' Estates and conducting a review of various causes of action pursuant to the Plan.

8106168