DMK Pharmaceuticals 24-10153

September 30, 2025 at 3:00 pm

| First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|
| Uday | Gorrepati | | | 24-10153-MFW | Audio Only |
| Michael | Medved | Porzio, Broomberg & Newman | RK Consultants LLC as Liquidation Trustee of the D | 24-10153-MFW | Video and Audio |
| Cheryl | Santaniello | Porzio, Bromberg & Newman, P.C. | RK Consultants LLC, as Liquidation Trustee of | 24-10153-MFW | Video and Audio |