**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DMK PHARMACEUTICALS CORP., *et al.,*[1] | Case No. 24-10153 (MFW) (Jointly Administered) |
| Debtors. | |
| RK Consultants LLC, Liquidating Trustee of the DMK Liquidating Trust, | |
| Plaintiff, | |
| v. | |
| 800 Meters Strategic Communications, LLC Broadridge Financial Solutions, Inc. Dennis Carlo, et al., | Adv. Pro No. 26-50020 (MFW) Adv. Pro No. 26-50021 (MFW) Adv. Pro No. 26-50034 (MFW) |
| Defendants. | |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 19, 2026, AT 2:00 PM (ET)**

---

**THIS PROCEEDING WILL BE CONDUCTED REMOTELY.**

**TO ATTEND A HEARING REMOTELY, PLEASE REGISTER USING THE ECOURTAPPEARANCE TOOL (AVAILABLE HERE) OR ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV.**

**REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURTAPPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING.**

---

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of their federal tax identification numbers, are: (i) DMK Pharmaceuticals Corporation (9727); (ii) Adamis Corporation (4912); (iii) Adamis Pharmaceuticals Corporation (9663); (iv) Biosyn, Inc. (4982); (v) Rhombus Pharmaceuticals Corporation (6127); and (vi) US Compounding, Inc. (7460) (collectively referred to as the "Debtors"). The Debtors' mailing address is: 50 Division Street, Suite 501, Somerville, NJ 08876, with copies to Gellert, Seitz, Busenkell & Brown LLC, Attn: Michael Busenkell, 1201 N. Orange Street, Suite 300, Wilmington, DE 19801.

**STATUS CONFERENCES:**

1.  800 Meters Strategic Communications, LLC (Adv Pro No. 26-50020)

    Related Documents:

    A.  Adversary Complaint [DI 1; Filed January 30, 2026]

    **B.  Request to Enter Default [DI 7; Filed May 19, 2026]**

    Status: **Default request has been filed.  The matter will go forward at the Court's discretion.**

2.  Broadridge Financial Solutions, Inc. (Adv Pro No. 26-50021)

    Related Documents:

    A.  Adversary Complaint [DI 1; Filed January 30, 2026]

    **B.  Request to Enter Default [DI 7; Filed May 19, 2026]**

    Status: **Default request has been filed.  The matter will go forward at the Court's discretion.**

3.  Dennis Carlo, et al. (Adv Pro No. 26-50034)

    Related Documents:

    A.  Adversary Complaint [DI 1; Filed January 30, 2026]

    B.  Motion to Dismiss Adversary Proceeding Filed by David Benedicto, Howard Birndorf, Meera Desai, Vickie Reed, Richard Williams [DI 14; Filed March 20, 2026]

    C.  Opening Brief in Support of Motion to Dismiss Adversary Proceeding Filed by David Benedicto, Howard Birndorf, Meera Desai, Vickie Reed, Richard Williams [DI 15; Filed March 20, 2026]

    D.  Motion to Dismiss Adversary Proceeding Filed by David Marguglio [DI 18; Filed April 6, 2026]

    E.  Memorandum of Law in Support of Defendant David Marguglio's Motion to Dismiss Plaintiff's Complaint [DI 19; Filed April 6, 2026]

    F.  Motion to Dismiss Count I, II and III of the Complaint as to Defendant Dennis Carlo [DI 27; Filed April 24, 2026]

G. Defendant Dennis Carlo's Motion to Dismiss Plaintiff's Complaint [DI 28; Filed April 24, 2026]

H. Memorandum of Law in Support of Defendant Dennis Carlo's Motion to Dismiss Plaintiff's Complaint [DI 29; Filed April 24, 2026]

I. Answering Brief in Opposition to Defendants Richard Williams, David Benedicto, Howard Birndorf, Meera Desai, and Vickie Reed's Motion to Dismiss the Complaint [DI 30; Filed May 1, 2026]

J. Answering Brief in Opposition to Defendant David Marguglio's Motion to Dismiss the Complaint [DI 33; Filed May 11, 2026]

K. Answering Brief in Opposition to Defendant Dennis Carlo's Motion to Dismiss the Complaint [DI 35; Filed May 15, 2026]

Status: This matter is going forward.

Dated: April 9, 2026
Wilmington, Delaware

/s/ Michael Busenkell
Michael Busenkell (DE 3933)
GELLERT SEITZ BUSENKELL & BROWN LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5812
Facsimile: ( 302) 425-5814
E-mail: mbusenkell@gsbblaw.com

-and-

Jason C. Spiro (admitted *pro hac vice*)
Michael J. Sullivan (admitted *pro hac vice*)
SPIRO HARRISON & NELSON LLC
200 Monmouth Street, Suite 310
Red Bank, NJ 07701
Telephone: (732) 784-1470
Facsimile: (973) 232-0887
jspiro@shnlegal.com
msullivan@shnlegal.com

*Attorneys for Plaintiff*

3