DMK 24-10153
May 19, 2026 at 2:00 pm

| First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|
| Michael | Busenkell | Gellert Seitz Busenkell & Brown, LLC | | 24-10153-MFW | Video and Audio |
| Uday | Gorrepati | | | 24-10153-MFW | Audio Only |
| Margaret | Manning | Gellert Seitz Busenkell & Brown, LLC | | 24-10153-MFW | Video and Audio |
| Jason | Spiro | | | 24-10153-MFW | Video and Audio |
| Michael | Sullivan | | | 24-10153-MFW | Video and Audio |
| Robert | Brownlie | Takumi Partners LLP | David Marguglio | 26-50034-MFW | Video and Audio |
| Marc | Casarino | Kennedys CMK LLP | Def Williams, Benedicto, Birndorf, Desai and Reed | 26-50034-MFW | Video and Audio |
| Scott | Czerwonka | Wilks Law, LLC | Defendant David Marguglio | 26-50034-MFW | Video and Audio |
| Nicholas | Talarowski | Kennedys CMK LLP | Defendant Dennis Carlo | 26-50034-MFW | Video and Audio |